FILED
United States Court of Appeals
Tenth Circuit

February 26, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance, <br><br> Defendant - Appellee. | No. 25-1035 <br> (D.C. No. 1:24-CV-01386-GPG-STV) <br> (D. Colo.) |

───────────────────────────────

**ORDER**

───────────────────────────────

Before **CARSON** and **FEDERICO**, Circuit Judges.

───────────────────────────────

Alliance of Health Care Sharing Ministries moves for an injunction pending appeal. To obtain one, the Alliance must show that (1) it will likely succeed on appeal; (2) it will suffer irreparable harm without an injunction; (3) the equities favor an injunction; and (4) the public interest favors an injunction. *See* 10th Cir. R. 8.1; *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 16 (2020). The Alliance has not made that showing, so we deny its motion for an injunction pending appeal.

The Alliance alternatively "requests calendaring in the next available sitting, with the opening brief due in thirty days, the response brief due thirty days later, and a reply

brief due fourteen days thereafter." Mot. for Inj. at 24. We deny this request. The Alliance's opening brief remains due March 17, 2025. The Alliance may, of course, file its opening brief before the deadline if it wishes to do so.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk