FILED
United States Court of Appeals
Tenth Circuit

March 20, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance, <br><br> Defendant - Appellee. | No. 25-1035 <br> (D.C. No. 1:24-CV-01386-GPG-STV) <br> (D. Colo.) |

_____

**ORDER**
_____

This matter is before appellee Michael Conway's *Motion for Extension of Time to File Response Brief*. (Dkt. No. 30.) The *Motion* seeks an extension of time for appellee to file his response brief in this appeal. Upon consideration, the court denies the *Motion* as unnecessary.

The court has not yet set a due date for appellee's response brief and will not set such a due date until both appellant's opening brief and appendix are accepted for filing. *See* 10th Cir. R. 31.1(A)(1) (requiring appellant to file brief and appendix); *see also* Dkt. No. 29 (court's correspondence regarding deficiencies in appellant's appendix).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk