**No. 25-1035**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

_____

ALLIANCE OF HEALTH CARE SHARING MINISTRIES
*Plaintiff-Appellant*

v.

MICHAEL CONWAY,
in his official capacity as
Commissioner of the Colorado Division of Insurance
*Defendant-Appellee*

_____

Appeal from the United States District Court for the District of Colorado,
No. 1:24-cv-01386-GPG-STV (Hon. Gordon Gallagher)

_____

**APPENDIX VOL III - Pages A-180 - A-223**

Date: March 21, 2025

Michael F. Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
(202) 551-1730
michaelmurray@Paulhastings.Com
William E. Mahoney
Paul Hastings LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7304
williammahoney@Paulhastings.Com

*Counsel For Plaintiff Alliance of
Health Care Sharing Ministries*

| ECF NO. | *DESCRIPTION* | Appx. Page No. |
|---|---|---|
| **Appendix Vol. I, Pages 1-140** | | |
| - | District Court Docket Sheet | A-1 |
| 8-1 | Ex. A - Declaration of Rob Waldo (May 17, 2024) | A-9 |
| 8-2 | Ex. A-1 – Samaritan Bylaws | A-19 |
| 8-3 | Ex. A-2 - Samaritan Guidelines | A-44 |
| 8-4 | Ex. A-3 - Samaritan Membership Application | A-94 |
| 8-5 | Ex. B - Declaration of Katy Talento | A-100 |
| 32 | Amended Complaint of Alliance of Health Care Sharing Ministries (July 1, 2024) | A-109 |
| **Appendix Vol. II, Pages 141-179** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1-1.6 (September 3, 2024) | A-141 |
| **Appendix Vol. III, Pages 180-223** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.7-1.22 (September 3, 2024) | A-180 |
| **Appendix Vol. IV, Pages 224-261** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.23-1.28 (September 3, 2024) | A-224 |
| **Appendix Vol. V, Pages 262-307** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.29-1.33 (September 3, 2024) | A-262 |

| | | |
|---|---|---|
| **Appendix Vol. VI, Pages 308-331** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.34-1.36 (September 3, 2024) | A-308 |
| **Appendix Vol. VII, Pages 332-350** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.43-1.54 (September 3, 2024) | A-332 |
| **Appendix Vol. VIII, Pages 351-373** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.37-1.39 (September 3, 2024) | A-351 |
| **Appendix Vol. IX, Pages 374-424** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.40-1.40 (September 3, 2024) | A-374 |
| **Appendix Vol. X, Pages 425-478** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.40-1.41 (September 3, 2024) | A-425 |
| **Appendix Vol. XI, Pages 479-541** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.41-1.42 (September 3, 2024) | A-479 |
| **Appendix Vol. XII, Pages 542-573** | | |

| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.43-1.54 (September 3, 2024) | A-542 |
|---|---|---|
| **Appendix Vol. XIII, Pages 574-612** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.54-1.59 (September 3, 2024) | A-574 |
| **Appendix Vol. XIV Pages 613-682** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.6-1.6 (September 3, 2024) | A-613 |
| **Appendix Vol. XV, Pages 683-767** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.61-1.64 (September 3, 2024) | A-683 |
| **Appendix Vol. XVI, Pages 768-816** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.0-2.3 (September 3, 2024) | A-768 |
| **Appendix Vol. XVII, Pages 817-867** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.3-2.4 (September 3, 2024) | A-817 |
| **Appendix Vol. XVIII, Pages 868-933** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.5-7 (September 3, 2024) | A-868 |

| | **Appendix Vol. XIX, Pages 934-1002** | |
|---|---|---|
| 52.1 | Appendix to Reply to Motion for Preliminary Injunction (September 17, 2024) | A-934 |
| 54 | Order Denying the Alliance's Motion for a Preliminary Injunction (January 13, 2025) | A-949 |
| | **Appendix Vol. XX, Pages 1003-1041** | |
| 54 | Order Denying the Alliance's Motion for a Preliminary Injunction (January 13, 2025) | A-1003 |
| 55 | Notice of Appeal as to Order on Motion for Preliminary Injunction (January 27, 2025) | A-1015 |
| 58-1 | Motion for Order to Grant Injunction Pending Appeal (January 28, 2025) | A-1017 |
| | **Appendix Vol. XXI, Pages 1042-1077** | |
| 58-1 | Motion for Order to Grant Injunction Pending Appeal (January 28, 2025) | A-1042 |
| 60 | Order Denying Motion for Injunction Pending Appeal (February 3, 2025) | A-1069 |

06-17-2024            **Problem Report Information Inquiry**            *Page 1 of 2*

**Appx. Vol III A-180**

| | | |
|---|---|---|
| **Problem Report ID:** 278502 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 01-17-2022    **Closed Date:** 02-18-2022 | **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

### DESCRIPTION

AAE - Healthshare ministry - No DOI jurisdiction.

### CONSUMER DETAIL OF COMPLAINT

Hello,

My elderly mother recently tried to sign me up for a regular insurance plan by the Jan 15 deadline.

Rather than being able to find a standard insurance plan, she was scammed by Anthony Setter (not sure of the spelling on that) of Altrua.  Altrua is NOT a regular insurance plan but a health sharing ministry.

It turned out she had NOT been informed that this was not a regular insurance plan (like the kind offered by Blue Cross Blue Shield or a regular provider)- in fact she had no idea!  She had not been informed that it did not cover mental healthcare or other kinds of care that standard, actual insurance plans are required to provide.

She unfortunately is out a substantial amount of money now, after believing she had signed up for a real, standard insurance plan.

This is totally disgusting and unacceptable.

I know that sellers of these alternatives to insurance are required to provide information about their plan and to make it clear what is for sale- in this case, the details were completely misrepresented to her.

Please address this issue swiftly- this company and many of its agents have scores of complaints against them in various states.

IT makes me sick to see elderly people being scammed and taken advantage of.

### CONSUMER DESIRED RESOLUTION

The agent and the company need to be penalized and investigated.

There are scores of complaints against this company online.

If the agent is found to be doing this repeatedly, he needs to lose his license.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company    Agency | No | |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Altrua Health Share | Anthony Setter | Other - health share- not insurance | No | | | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | | | | Colorado | | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ | Portal | | | No |

EXHIBIT 1.7

Ex. 1.7, p. 1 of 2

06-17-2024

# Problem Report Information Inquiry

*Page 2 of 2*

| Problem Report ID: 278502 | Problem Report Type: Inquiry | Responsible Section: Life, Accident, and Health |
|---|---|---|
| Status: Closed | Opened Date: 01-17-2022 | Closed Date: 02-18-2022 | Closure Reason: |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Ebrahim Ambereen | 01-18-2022 | 02-18-2022 | Yes |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | | |
| 02-18-2022 | Case Closing Report | | | | | | | Complainant |
| | Ambereen Ebrahim | 0.1 | | No response from complainant. No DOI jurisdiction over plan as not ACA complaint. | | | | |
| 01-21-2022 | Email | | | | | | | Complainant |
| | Ambereen Ebrahim | 0.1 | | | | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Altrua Health Share | Portal - Company | | |
| Anthony Setter | Portal - Agent/Agency | | |
| ███████ | Portal - Insured | | |

## COMMENTS

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 01-21-2022 | Good afternoon. | Yes |

Thank you for contacting the Division of Insurance.  It appears that Altrua Healthshare is not ACA compliant and not licensed to do business in the State of Colorado and as such, the Division of Insurance does not have jurisdiction over it.

If you can provide the actual (correct spelling) name of the broker who sold your mother the product, that would be helpful.  I did not find the name you mentioned in our producer/broker database.

In addition, do you have a Member ID card provided by the company or the broker?  Was there any marketing material or documentation shared by the broker or the company.  We will try to pursue this, but unless the plan is actually an insurance plan, or ACA complaint or licensed to do business in the state of Colorado, there is not much that the Division of Insurance can do in this situation as our jurisdiction is over insurance companies.

The best thing to do at this point is to cancel the insurance and to ask for the money back.  It is always a good idea to get the name and license number of the person contacting you, call the Division of Insurance to verify if the broker is in good standing and licensed to do business in the State of Colorado, before proceeding.  Similarly, reviewing the policy information to see what exactly is covered before signing up and paying for the product is important.

Please let me know if you have any questions.  You can always reach me via the portal, by email at Ambereen.Ebrahim@state.co.us or by telephone at 303-894-7697.

You can also contact the State Attorney General's office at 720-508-6000 for Consumer Fraud Protection.

Sincerely,
Amber

Appx. Vol III
A-181

*06-17-2024*

## Problem Report Information Inquiry

*Page 1 of 2*

**Problem Report ID:** 279673 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health

**Status:** Closed | **Opened Date:** 04-05-2022 | **Closed Date:** 04-11-2022 | **Closure Reason:**

### PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|

**DESCRIPTION**

AAE - Complaint against a healthcare sharing ministry for premium refunds.

**CONSUMER DETAIL OF COMPLAINT**

I purchased a policy through the Colorado Health Exchange during the open enrollment period on 11/3/21 through a Joseph White 866-813-8280 ext. 0027.I later discovered that I could continue my COBRA coverage through 4/31/22 and preferred to remain with COBRA through April and pick up a stop gap policy for May and June until I become eligible for Medicare in July. Called my initial contact # and talked to James # ID 66106 to see if I could make the policy effective May 1st, 2022, instead of January or get a refund. I was told that he could push the date out until March if I disenrolled, got a refund then reenrolled in the plan which we did on Jan 5th. I needed to call back first part of March to go through the same process again. It has now come to light that Jerricho Shares (PHCS) processed my payment on Feb 15th and began my coverage while I was still covered through COBRA. I called again as instructed multiple times in the beginning of March to go through the same process of disenroll/reenroll. I left James several messages for him to call me back and he did not return 3 calls. I talked to another representative and was told that I did not have to go through that process and to call back at the end of March. I called on March 25th and spoke to Ed at ext. 66109 and was told that my policy was set to activate on May 1st. Jerricho Shares called me yesterday and told me that my policy was no longer active due to non-payment. I went through the circumstances with them, spoke to a supervisor who said that there was nothing she could do and advised to call the licensed agency customer service who sold me the policy. I called back and spoke to several representatives (not Joseph or James) who told me there was nothing they could do and routed me back to Jerico shares and I spoke to the same people who refused to activate my policy in May with my prepaid premium and would not offer a refund.

**CONSUMER DESIRED RESOLUTION**

I would like to get a refund of the $786.85 premium that was processed to pay for a Feb-March policy instead of the agreed upon activation date of May 1st.I had already paid my COBRA coverage for that time period and had no need for 2 policy's.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

### RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Jericho Share | | Individual Health | No | | | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ███████ | | | | Colorado | ███████ | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

### COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ███████ | ███████ | | | Portal | | | No |

### STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Ebrahim Ambereen | 04-06-2022 | 04-11-2022 | Yes |

**EXHIBIT 1.8**

06-17-2024

# Problem Report Information Inquiry

*Page 2 of 2*

| Problem Report ID: 279673 | Problem Report Type: Inquiry | Responsible Section: Life, Accident, and Health |
|---|---|---|
| Status: Closed | Opened Date: 04-05-2022 | Closed Date: 04-11-2022 | Closure Reason: |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | |
| 04-11-2022 | Case Closing Report | | | | | ███████████ |
| | Ambereen Ebrahim | 0.1 | | Emailed and send portal message about HCSM, no DOI jurisdiction and asked template questions.  No response. | | |
| 04-08-2022 | Email | | | | | ███████████ |
| | Ambereen Ebrahim | 0.1 | | Sent an email directly to email address provided. | | |
| 04-07-2022 | Email | | | | | ███████████ |
| | Ambereen Ebrahim | 0.33 | | Portal message regarding HCSM. | | |
| 04-07-2022 | Review Materials | | | | | ███████████ |
| | Ambereen Ebrahim | 0.2 | | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| ███████████ | Portal - Insured | | |
| Jericho Share | Portal - Company | | |

## COMMENTS

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 04-07-2022 | Good morning, ███████ | Yes |

Thank you for contacting the Colorado Division of Insurance.  The Colorado Division of Insurance (DOI) regulates the insurance industry in Colorado We regulate and monitor the insurance companies in Colorado, as well as insurance agents, making sure everyone is following the law.

In reviewing your complaint, it appears that you selected Jericho Share, which is a Health Care Sharing Ministry and not a licensed insurance company.  As such, the Division of Insurance does not have jurisdiction over this company.

The official Colorado insurance market place is Connect for Health Colorado and it provides ACA approved insurance plans from insurance companies licensed to do business in the State of Colorado (examples are Kaiser,  Anthem BCBS, Cigna, etc).

The Division is collecting information on Health Care Sharing Ministries and have some questions listed below.
1.How did you purchase your HCSM membership?
a.Through a broker or insurance producer?  Do you have their insurance license information?
b.What information was disclosed during the sale?
i.Were you aware the plan was not insurance?
ii.Were you aware the plan is not ACA compliant?
iii.Were you aware of the coverages/exclusions?
c.What documentation was given to you at the time of sale?
d.When you initially contacted the seller where you looking for insurance or an HCSM membership?

You can always reach me via the portal, by email at Ambereen.Ebrahim@state.co.us or by telephone at 303-894-7697.

Sincerely,
Amber.

Appx. Vol III
A-184

06-17-2024

# Problem Report Information Inquiry

*Page 1 of 2*

| | | | |
|---|---|---|---|
| **Problem Report ID:** 281368 | | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 08-02-2022 | **Closed Date:** 08-05-2022 | **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|

### DESCRIPTION

RLG-No Jurisdiction. Jericho.

### CONSUMER DETAIL OF COMPLAINT

I had insurance through my spouses employment til 8/31/2021. She went on a cobra plan due to retiring. I started the process in August to find my own health insurance. I googled affordable care act and called the first website, not knowing I wasn't calling the Colorado marketplace. I spoke with an agent and signed up with Jericho Shares and started paying a monthly premium. I realized after an urgent care visit in March of 2022 that it was a healthcare sharing ministry and not a true insurance policy. I then went back to google and went to Colorado Health Insurance.org. I spoke to Mack Ryan x201 and he informed me that this company HMA(First Health Network) was indeed health insurance with full coverage: pharmacy, doctor appointments, hospital etc. the only thing they didn't cover was pregnancies and mental illness. I signed up for this plan starting May 1, 2022 with a premium deducted from my checking account monthly. I had my first doctor visit on May 5, 2022 with an orthopedic surgeon because of hip pain. On July 21, 2022 I received the EOB paperwork. The entire visit was $1815.00 and the check amount to the doctor was $160.80. This is when I realized that there was a problem. After contacting HMA I was informed that my coverage is extremely limited and all that was said to me by Mack Ryan was essentially a lie. I have contacted the company many times this past week trying to get in touch with Mack Ryan and also a manager, supervisor etc. I was told twice that the calls would be expedited and have not heard anything back to date.

### CONSUMER DESIRED RESOLUTION

I would appreciate having this resolved and allowing me to consider these issues from these so called health insurance companies as a life changing event so that I can reestablish a health care plan that will fulfill my healthcare needs until I turn 65 in February of 2025.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company   Agency | No | Internet/Division Website |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | Life, Accident and Health | 08-05-2022 |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| HMA{First Health Network} | Mack Ryan | Individual Health | No | | | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▓ | ▓ | | | Colorado | ▓ | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Gonzales Ramona | 08-02-2022 | 08-05-2022 | Yes |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 08-11-2022 | Note | | | | | | Sent Matt the Complaint ->C4 |
| | Ramona  Gonzales | 0.16 | | To assist with enrolling in an ACA compliant plan. | | | |

**EXHIBIT 1.9**

Ex. 1.9, p. 1 of 2

**Problem Report Information Inquiry**

| | | | |
|---|---|---|---|
| **Problem Report ID:** 281368 | **Problem Report Type:** Inquiry | | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 08-02-2022 | **Closed Date:** 08-05-2022 | **Closure Reason:** |

| ACTIVITY DATE STAFF MEMBER | ACTIVITY | TIME | LETTER DESCRIPTION BATCH QTY | COMMENT | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| 08-10-2022 Ramona Gonzales | Phone | 0.16 | | 7195301420/emma@dunninsurancegroup.com | | | Broker-Emma |
| | | | | Matt advised me to provide Jessalyn Hamptons name to assist with enrolling ████ in an ACA-compliant plan. | | | |
| 08-05-2022 Ramona Gonzales | Phone | 0.25 | | Called to make sure she is getting assistance with C4 to enroll in ACA plan as when was a victim of fraud with Jehrico and HMA. Advised that I would be closing the complaint. | | | Complainant |
| 08-05-2022 Ramona Gonzales | Case Closing Report | 0.16 | | No Jurisdiction. Called to make sure she is getting assistance through C4. | | | Complainant |
| 08-05-2022 Ramona Gonzales | Review Materials | 0.5 | | | | | Complainant |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| HMA{First Health Networtk} | Portal - Company | | |
| Mack Ryan | Portal - Agent/Agency | | |
| ████████ | Portal - Insured | | |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT DOC LOC ID | DOCUMENT NAME | SCAN DOC | DOCUMENT CONFIDENTIAL | PATH NAME |
|---|---|---|---|---|
| Database File System | From the Division | | Correspondence with Emma-Broker | /siraov/sgov_p2/15558/rltddoc/08102022140346790State.co.us Executive Branch Mail - C4 Contact for ████ |
| | | | No | ████ pdf |

06-17-2024

## Problem Report Information Inquiry

Page 1 of 2

| Problem Report ID: 264831 | Problem Report Type: Complaint | Responsible Section: Life, Accident, and Health |
|---|---|---|
| Status: Closed | Opened Date: 09-30-2018 | Closed Date: 01-13-2020 | Closure Reason: |

### PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|

**DESCRIPTION**

No CO DOI- spoke with consumer in detail- has a health sharing ministry plan- explained no jurisdiction and CO state laws do not apply.  Contact carrier to ask if any appeals/grievance rights under the plan and request copy.  Also may want to contact broker who sold plan to her- does he/she have info on administrator of plan- call them to see if they can assist with complaint & possible appeal for med necessity if offered under plan.  Did explain this is not ACA compliant and not insurance. Consumer clear on next steps and understands I am closing file.

**CONSUMER DETAIL OF COMPLAINT**

Company is denying an ER visit that turned into a hospital admission. I have paid most of my deductible of $5,000 already, and intend to pay the approx. $1,000 remaining, but Aliera says they won't cover the costs because the condition "was not life threatening". The symptoms caused the hospital to give me a CT and MRI to look for stroke, aneurysm or blood clot in brain, the attending even sent me for a second CT due to my "left eye drooping". The doctors were not certain what was going on, but it was serious enough to admit me. This was not my "choice". The end diagnosis code was related to a "status migraine", but it took the hospital 2 nights to determine and treat. These claims should be paid!

**CONSUMER DESIRED RESOLUTION**

Payment of claims over my $5,000 deductible just as my policy and its emergency services "prudent person" standard promises to do.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | Internet/Division Website |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

### RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| ALIERA HEALTHCARE INC | 990 HAMMOND DRIVE, SUITE 700 SUITE B-200 ATLANTAGA 30328 | 81-1019555 |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED |
|---|---|---|---|
| Producer | | | Yes |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | 03-24-2018 | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Aliera Healthcare | | Individual Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | | | | Colorado | ▮▮▮▮ | Multiple |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | St. Anthony Hospital Lakewood CO | No | | |

### COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| | ▮▮▮▮▮▮ | | | Portal | | | No |

### STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Bouhall Diane | 10-01-2018 | 10-01-2018 | Yes |



EXHIBIT
**1.10**

Ex. 1.10, p. 1 of 2

06-17-2024

# Problem Report Information Inquiry

Page 2 of 2

**Problem Report ID:** 264831      **Problem Report Type:** Complaint      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 09-30-2018      **Closed Date:** 01-13-2020      **Closure Reason:**

## REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|---|---|---|
| CH | Denial of Claim Emergency Services | ALIERA HEALTHCARE INC |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 11-21-2019 | Phone | | | | | | Complainant |
| | Jason Lapham | 1 | | Call with ███ Went to ER with symptoms of what could have been a stroke. It was a status migraine. This migraine ultimately lasted 10 days. ███ has a history of migraines, but never experience this before which caused her to seek emergency services. Initially denied in early 2019 as not life threatening. After she appealed, she received a denial for pre-ex. She is upset about company changing the rationale for denying, She is still covered by Aliera despite originally having Unity. She was ported over to Trinity. She purchased this in 2017 to get away from Kaiser. She purchased during OE for 2018.  The broker also has Aliera coverage. She also indicated that she uses tobacco on the application, so she questions why she was even covered. She remains covered but will change to an insurance plan for 2020. She understood that this was not insurance but an alternative. | | | |
| 11-19-2019 | Email | | | | | | Complainant |
| | Jason Lapham | 0.08 | | ███ responded indicating that she would like to discuss | | | |
| 10-24-2019 | Email | | | | | | Complainant |
| | Jason Lapham | 0.08 | | email to ███ | | | |
| 10-01-2018 | Phone | | | | | | |
| | Diane Bouhall | 0.2 | | No CO DOI- spoke with consumer in detail- has a health sharing ministry plan- explained no jurisdiction and CO state laws do not apply.  Contact carrier to ask if any appeals/grievance rights under the plan and request copy.  Also may want to contact broker who sold plan to her- does he/she have info on administrator of plan- call them to see if they can assist with complaint & possible appeal for med necessity if offered under plan. Did explain this is not ACA compliant and not insurance. Consumer clear on next steps and understands I am closing file. | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Aliera Healthcare | Portal - Company | | |
| ███ | Portal - Insured | | |

## DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 01-13-2020 | Referred for Discplnry Actn | $ 0.00 | $ 0.00 | $ 0.00 |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME |
|---|---|---|---|
| | DOC LOC ID | SCAN DOC | CONFIDENTIAL |
| Database File System | Aliera appeal letter.docx | Appeal letter sent to my insurer | /sirgov/sgov_p2/15558/rltddoc/09302018183111520Aliera appeal letter.docx |
| | | No | |

# Problem Report Information Inquiry

| | | |
|---|---|---|
| **Problem Report ID:** 265047 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 10-17-2018 | **Closed Date:** 10-19-2018   **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

I have notified ████ ████ K T T ████████ health plan is a faith based health sharing plan through Liberty HealthShare.  The Division of Insurance does not have any regulatory authority over Liberty HealthShare.

**CONSUMER DETAIL OF COMPLAINT**

On 2/27/2017, i received medical treatment from Community Hospital.  This procedure was approved in advance by Liberty Healthshare.  Afterwards, they refused to cover the cost. I initiated a series of complaints and they finally agreed to pay it. This was a lie.  They did not pay it and, at length, I was sued by a collection agency.  Liberty falsely claimed they would take care of it but failed to do so.  Finally a judgment was entered against me. After repeated calls and complaints they said they would pay part of it, but refused to pay the court costs and attorney fees that resulted from their dishonest behavior.  I paid the balance directly and was promised that Liberty would pay the rest. This was another lie and they still have not paid it.  This is just the worst example of a pattern of lies and deception that I have experienced with this company.  They repeated took months to make payments and routinely did not pay the bill in full.  On numerous occasions I had to complain repeatedly to get payments on the most routine medical treatment.

**CONSUMER DESIRED RESOLUTION**

Liberty Healthshare should immediately pay the balance due on the judgment and should reimburse me for the expenses  for court cost and attorney fees I incurred as a result of their dishonesty.  Their pattern of behavior on this and other matters  was so egregious that I was unable to obtain even routine medical treatment that was supposedly included in the policy, such as basic well patient service. As such they should be required to reimburse me for all the premiums I paid them.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | None of the Above |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | 02-27-2017 | 10-17-2018 | | Life, Accident and Health | 10-19-2018 |
| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE | |
| | | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Liberty HealthShare | | Individual Health | No | Accident and Health | State Specific | |
| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
| ████████ | | | | Colorado | ████████ | |
| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER | | |
| Life or Health | | No | | | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ████████ | ████████ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Taylor, ACS, AIAA Karen | 10-19-2018 | 10-19-2018 | Yes |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY   COMMENT | | | |
| 10-19-2018 | Review Materials | | | | | Complainant |
| | Karen  Taylor, ACS, AIAA | 0.1 | | | | |

**EXHIBIT 1.11**

Ex. 1.11, p. 1 of 2

**Problem Report Information Inquiry**

| | | | |
|---|---|---|---|
| **Problem Report ID:** 265047 | **Problem Report Type:** Inquiry | | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 10-17-2018 | **Closed Date:** 10-19-2018 | **Closure Reason:** |

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 10-19-2018 | Phone | | | | | | Complainant |
| | Karen  Taylor, ACS, AIAA | 0.1 | | I spoke with ███████ letting her know that the Colorado Division of Insurance does not have any regulatory authority over faith based health plan.  I told ███████ that as far as know there is no state agency that regulates them. ███████ said that now that she is on Medicare they do not have the coverage.  There is the claim for $861.00 that she is waiting for payment.  She has been told that they will pay the claim.  I told ███████ that I am going to be closing her complaint file. ███████ thanked me for calling her and letting her know. | | | |

| INVOLVED PARTIES | | | | |
|---|---|---|---|---|
| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | | COMMENT |
| ███████ | Portal - Insured | | | |
| Liberty HealthShare | Portal - Company | | | |

| RELATED DOCUMENTS | | | | |
|---|---|---|---|---|
| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME | |
| DOC LOC ID | SCAN DOC | CONFIDENTIAL | | |
| Database File System | Lib. Health demand  emails.pdf | assorted demands and emails to Liberty Healthshar | /sirgov/sgov_p2/15558/rltddoc/10172018181918289Lib. Health demand  emails.pdf | |
| | | No | | |

08-22-2024

# Problem Report Information Inquiry

*Page 1 of 3*

**Problem Report ID:** 268433 | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health
**Status:** Closed | **Opened Date:** 08-13-2019 | **Closed Date:** 01-13-2020 | **Closure Reason:**

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

**CONSUMER DETAIL OF COMPLAINT**

I purchased AlieraCarePremium last year. I had been pay a premium monthly. On 8/4/18 I was involved in a domestic that caused me to have to go to the hospital. The man who attacked me had been prosecuted and convicted in the case. When I went to the hospital I had a broken neck and a terminal brain injury.
I received a bill stating that I owed 43,750.86 out of a total bill of 54,688.58 from the hospital. I thought I had Aliera so they would pay the bill. This hospital was in their network, the attack was considered a life threatening injury and I had a deductible of only $5000 dollars.
When I called Aliera to see why they had not paid this bill told me to go through their appeal process and gave me an email address and physical address to send the medical records to. I sent the records to this email. From there I mailed the medical records to the address and received a response for a completely different hospital visit a month earlier. These medical records did not correspond to this visit.
Next I called an explained that this response was for a hospital visit that had nothing to do with the medical records I sent in. They said 30 days and I should get a response. On about the 30th day I get a response denying my appeal because "medical condition is self-inflicted in contradiction to elements of a healthy and spiritual lifestyle as enumerated in the Aliera Master Guidelines as follows: 2.Follow spiritual teachings on the use or abuse of alcohol." So they were saying because I drank the night I was attacked the injury was self-inflicted.
From there I wrote a complaint with the Better Business Bureau. Essentially I was asking how this injury was self-inflicted at all, like I caused myself to be attacked because I chose to drink. That did not make sense to me at all. They denied it again and sent me an additional letter with the same reason.

**CONSUMER DESIRED RESOLUTION**

I think they need to pay the bill minus the deductible. To be honest even more I feel like they further victimized me by causing extreme stress. This bill has been stressing me out for months and I had no idea what to do. They made me jump through several hoops because they did not want to pay the bill, which is the reason insurance companies are regulated in the first place. I even tried to contact lawyers to sue and because of their "wording" that they are not a contract or actually health insurance lawyers are wary. I am very happy the state of Colorado is doing something about this because I feel as though I have been deceived and further victimized by this company!

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | Internet/Division Website |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| ALIERA HEALTHCARE INC | 990 HAMMOND DRIVE, SUITE 700 SUITE B-200 ATLANTAGA 30328 | 81-1019555 |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED |
|---|---|---|---|
| Producer | | | Yes |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | 08-04-2018 | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Aliera Healthcare | | Individual Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | AlieraCarePrem | | | Colorado | ▮▮▮ | ▮▮▮ |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | St Anthony Hospital Lakewood, CO | No | | |



**EXHIBIT 1.12**

Ex. 1.12, p. 1 of 3

Appx. Vol III A-190

08-22-2024

# Problem Report Information Inquiry

**Problem Report ID:** 268433     **Problem Report Type:** Complaint     **Responsible Section:** Life, Accident, and Health

**Status:** Closed     **Opened Date:** 08-13-2019     **Closed Date:** 01-13-2020     **Closure Reason:**

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|------|---------|-----|--------------|------|----------------|-----------|-----------------------------|
| ███ | ███ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | | | BEGIN DATE | END DATE | RESPONSIBLE |
|--------------|--|--|------------|----------|-------------|
| Lapham Jason | | | 08-14-2019 | 01-13-2020 | Yes |

## REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|----------|--------------|------------|
| CH | Denial of Claim | ALIERA HEALTHCARE INC |
| MS | Misrepresentation | ALIERA HEALTHCARE INC |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---------------|----------|--|--|--------------------|--|----------|---------------|---------------------|
| | STAFF MEMBER | | TIME | BATCH QTY | COMMENT | | | |
| 10-31-2019 | Phone | | | | | | | Complainant |
| | Jason  Lapham | | 1 | | | | | |

She moved from IA to CO 10/2017.
She was covered under her father's business health plan when she moved but then realized it would not work in Colorado.  By the time she realized this, it was past open enrollment, so she found Agent Christina Frost who recommended Aliera.
Purchased 6/18/2018.
She was aware that it was different, but didn't know if I didn't follow statement of beliefs they would pay. But maybe I didn't do my due diligence.
I asked her how it was described and explained to her.  She said that it was explained as qualified for the tax credit or something, but that it was not typical insurance.  But that you have deductibles and everything looked like insurance.
yes, maybe it wasn't insurance, but everything they said said I had coverage.
If I had known how this company operated, I wouldn't have purchased it.
Maybe I didn't do my due diligence, but I feel its misleading.
She had an initial ER visit month before the ER visit in the complaint. $6K bill but was negotiated down to $3K, maybe by Aliera but she was unsure.
Next month she is at a casino and had a few drinks and the guy she was with punched her.
The ER claim was denied and she appealed it.  But Aliera processed the appeal for the first ER visit.
She then appealed again and this time Aliera denied as self-inflected due to alcohol use.
I advised her that the DOI will most likely not be able to assist her I getting the claims paid.
She acknowledged that the plan language states that it is not a contract and that they may not pay claims.
She said that it is misleading because the plan documents suggests that they will cover what the plan says they will cover and if they can pick and choose what claims they are going to pay, why would anyone purchase this.  "Makes it appear something it's not."
"maybe they are not insurance, but they are criminals. Hiding behind the guise of faith."
"they are causing suffering. What kind of faith based organization causes suffering."

| 10-24-2019 | Email | | | | | | | Complainant |
| | Jason  Lapham | | 0.08 | | second email email to ███ | | | |
| 10-24-2019 | Email | | | | | | | Complainant |
| | Jason  Lapham | | 0.25 | | email to ███ | | | |
| 08-12-2019 | Email | | | | | | | Complainant |
| | Jason  Lapham | | 0.25 | | email to ███ requesting she submit a complaint | | | |
| 08-12-2019 | Email | | | | | | | Complainant |
| | Jason  Lapham | | 0.25 | | ███ followed-up her earlier complaint in March 2019 after seeing news story about the DOI consumer alert. | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|----------------|---------------------|--------------|---------|
| Aliera Healthcare | Portal - Company | | |

08-22-2024                                    **Problem Report Information Inquiry**                                    *Page 3 of 3*

| | | | |
|---|---|---|---|
| **Problem Report ID:** 268433 | | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 08-13-2019 | **Closed Date:** 01-13-2020 | **Closure Reason:** |

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| ▉▉▉▉▉ | Portal - Insured | | |

### DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 01-13-2020 | Referred for Discplnry Actn | $ 0.00 | $ 0.00 | $ 0.00 |

### RELATED DOCUMENTS

| SOFTWARE PRODUCT DOC LOC ID | DOCUMENT NAME SCAN DOC | DOCUMENT | PATH NAME CONFIDENTIAL |
|---|---|---|---|
| Database File System | MedicalBill.pdf | Medical Bill | /sirgov/sgov_p2/15558/rltddoc/08132019190408713MedicalBill.pdf |
| | | | No |
| Database File System | HealthInsurance Cards.pdf | Health Insurance Cards | /sirgov/sgov_p2/15558/rltddoc/08132019190439560HealthInsurance Cards.pdf |
| | | | No |
| Database File System | Download Complaint Form.pdf | BBB complaint | /sirgov/sgov_p2/15558/rltddoc/08132019190644287Download Complaint Form.pdf |
| | | | No |
| Database File System | Appeal Response2.pdf | appeal response 2 | /sirgov/sgov_p2/15558/rltddoc/08132019190755191Appeal Response2.pdf |
| | | | No |
| Database File System | Appeal Response 1.pdf | appeal response 1 | /sirgov/sgov_p2/15558/rltddoc/08132019190738730Appeal Response 1.pdf |
| | | | No |
| Database File System | Appeal Letter.docx | Appeal letter | /sirgov/sgov_p2/15558/rltddoc/08132019190808170Appeal Letter.docx |
| | | | No |

**Appx. Vol III A-192**



02/11/2019

Aliera Healthcare
5901 Peachtree Dunwoody Rd.
Building B, Suite 200
Atlanta, GA 30328

Re: ███████
DOB: ███
Member ID: ███████



To Whom This May Concern,

Aliera Healthcare, LLC is in receipt of your appeal regarding our determination of eligibility for your sharing request in the amount of $54,688.58 for the date of service 08/04/2018.

Following a review of the medical services provided, Aliera has determined that your appeal is denied for the following reason:

☐ Not a life-threatening emergency.

☐ The services are not eligible for sharing under the Aliera Master Guidelines.

☐ The claim was processed correctly with the billing code that was provided.

☐ The services were provided by an out of network provider or facility and are not eligible for sharing under the Aliera Master Guidelines.

☒ Medical condition is self-inflicted in contradiction to elements of a healthy and spiritual lifestyle as enumerated in the Aliera Master Guidelines as follows:

    1. Refrain from tobacco use in any form.

    2. Follow spiritual teachings on the use or abuse of alcohol.

    3. Avoid abuse of prescription drugs, which means consuming prescription medications in a manner not intended by the prescriber that would likely result in bodily harm or dependency.

    4. Abstain from the use of illegal drugs including, without limitation, any hallucinogenic substance, barbiturates, amphetamines, cocaine, heroin or other opiates, marijuana, illegal intravenous drugs, or narcotics.

    5. Exercise regularly and eat healthy foods that do not harm the body.



EXHIBIT
1.13

Ex. 1.13, p. 1 of 3



If you are in possession of documentation that refutes our findings, we will gladly take that information into account.  Please mail copies of supporting documentation to:

Aliera Healthcare, LLC
5901 Peachtree Dunwoody Rd. Suite C 160
Atlanta, GA  30328

If you have immediate questions regarding this appeal decision, please phone us at
(404) 618 0602.

You are also welcome to email your documentation to our Administrator, Aliera Healthcare, Inc at Claimsaccess@alierahealthcare.com, or you can fax them to (404) 420 5750. Please clearly indicate that you are submitting documents for consideration of your appeal request.

If you have no additional documentation to submit, and the medical expense is creating a true financial hardship, please contact us at (800) 847-9794 to request a hardship request form.  If Aliera determines that you have a true financial hardship, your request will be considered for sharing.

Additional information about the Aliera health care sharing ministry plans can be found at www.Alierahealthcare.com

Sincerely,



Aliera Healthcare – *Claims Dept.*

Aliera Healthcare Inc.
5901 Peachtree Dunwoody Rd., Suite B-200, Atlanta, GA 30328

844-834-3456 Toll Free | 404-618-0602 Direct
www.alierahealthcare.com

CONFIDENTIAL

Resp. Appx. p. 50

Ex. 1.13, p. 2 of 3

**Appx. Vol III
A-194**





Aliera Healthcare Inc.
5901 Peachtree Dunwoody Rd., Suite B-200, Atlanta, GA 30328

844-834-3456 Toll Free | 404-618-0602 Direct
www.alierahealthcare.com

CONFIDENTIAL

06-17-2024    **Problem Report Information Inquiry**    *Page 1 of 2*

| | | |
|---|---|---|
| **Problem Report ID:** 268833 | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 09-16-2019 | **Closed Date:** 01-13-2020 | **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

| DESCRIPTION |
|---|
| |

**CONSUMER DETAIL OF COMPLAINT**

Aliera Healthcare denied coverage to uchealth Hospital in Loveland, CO. My Doctors office sent me to ER (06/01/2018) because they ran a D-dimer test that indicated a blood clot either in lungs or in my heart. I called Aleira on the way to the hospital to let them know of the situation. The Aleira Rep stated "hangup and Go." uchealth ran more tests for 6 hours. They could not find the blood clot and I requested to leave and they released me. According to my Aliera health share card, the only thing that I had to pay was $500.00 and the rest was covered. They did not pay for months, I called claims Rep at Aliera and asked when they were going to pay. The claims Rep stated that these things take several months to process and not worry it will be paid. So, eight months later they still not pay and stated that my claim was denied because it was not life threatening. The Rep said you can Appeal, I did appeal and on 4/30/2019 they approved my claim and said they legally had until 7/24/2019 to pay. I call them every week to check if the claim has been paid to uchealth or not. They always have another excuse why it's not been paid. This organization is fraudulent. I am making monthly payments to uchealth to save my credit.

**CONSUMER DESIRED RESOLUTION**

Aliera needs to pay $9510.48 soon as possible uchealth. They already agreed to pay but haven't. I have their letter of approved appeal, dated 4/30/2019. Now it has  been 1 year and 5 months fighting for resolve. I really don't think they are going to pay.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | Internet/Division Website |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| ALIERA HEALTHCARE INC | 990 HAMMOND DRIVE, SUITE 700<br>SUITE B-200<br>ATLANTAGA 30328 | 81-1019555 |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED |
|---|---|---|---|
| Producer | | | Yes |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Aliera Healthcare | | Individual Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | | | | Colorado | ▮▮▮▮ | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Lapham Jason | 09-17-2019 | 01-13-2020 | Yes |

EXHIBIT
**1.14**

Ex. 1.14, p. 1 of 2

06-17-2024            **Problem Report Information Inquiry**            *Page 2 of 2*

| | | |
|---|---|---|
| **Problem Report ID:** 268833 | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 09-16-2019 | **Closed Date:** 01-13-2020      **Closure Reason:** |

### REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|---|---|---|
| CH | Delay<br>Denial of Claim<br>Emergency Services | ALIERA HEALTHCARE INC |

### ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| STAFF MEMBER | | TIME | BATCH QTY | COMMENT | | |
| 10-28-2019 | Phone | | | | | Complainant |
| Jason Lapham | | 1 | | His primary complaint is that after approving his appeal of a denied ER claim on 4/30/2019, Aliera has yet to pay.<br>He said that Aliera last told him in late August 2019 that it would take 60-90 business days to process, so he will wait until late November, early December. However, based on his experience, he is not optimistic which is why he contacted the DOI.<br>He purchased the Aliera coverage when he retired and lost his group coverage for himself and his wife. He shopped for ACA coverage but could not afford it and was advised by a friend about Medishare which led him to Aliera.<br>He turns 65 in May 2020.<br>He and his wife now have Anthem as a result of the SEP.<br>Does not seem that he was unware that he was purchasing a HCSM rather than licensed insurance when he stated: Nice thing about sharing plans is that it would be good if it worked and My first bout with non-insurance folks.<br>He also said that He never had a problem with United Healthcare or Blue Cross Blue Shield.<br>I asked him if he was told why it was so much less expensive than ACA coverage. He explained that he was told that it worked by the money he pays goes into an account and that a committee decides when to pay claims. I thought it might be too good to be true.<br>He said that sounded like insurance to him.<br>The ID card looks like insurance card.<br>He will follow-up with me after the 90 days about whether Aliera pays.<br>I advised him that we most likely could not resolve this as we cannot compel Aliera to pay the claim. He understood. | | | |
| 10-24-2019 | Email | | | | | Complainant |
| Jason Lapham | | 0.08 | | acknowledgement email to ▮▮▮▮ | | |

### INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Aliera Healthcare | Portal - Company | | |
| ▮▮▮▮▮ | Portal - Insured | | |

### DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 01-13-2020 | Referred for Discplnry Actn | $ 0.00 | $ 0.00 | $ 0.00 |

### RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME | |
|---|---|---|---|---|
| DOC LOC ID | SCAN DOC | | CONFIDENTIAL | |
| Database File System | Appeal to Aliera Letter.docx | Appeal Letter Aliera | /sirgov/sgov_p2/15558/rltddoc/09162019145921163Appeal to Aliera Letter.docx | |
| | | | No | |
| Database File System | Aliera approval letter.pdf | Aliera Approval Letter | /sirgov/sgov_p2/15558/rltddoc/09162019145052612Aliera approval letter.pdf | |
| | | | No | |

Appx. Vol III A-197

# Problem Report Information Inquiry

**Problem Report ID:** 269679      **Problem Report Type:** Complaint      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 11-24-2019      **Closed Date:** 01-13-2020      **Closure Reason:**

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

████████ purchased the plan when she was 9 weeks pregnant and Aliera will not cover pregnancy-related claims

**CONSUMER DETAIL OF COMPLAINT**

This complaint is against Aliera Healthcare/Trinity Health Share. I was about 9 weeks pregnant when this plan was suggested to me and seemed like one of my only options, being that I was not insured when I got pregnant and nothing else was open for me during this open enrollment time. I had to wait a few weeks to receive the cards in the mail and went into this plan thinking that I was getting the help I truly needed. The medical insurance that would allow me to be seen for what I was told would be 35 dollars at my primary care appointments, 75 if I needed urgent care and 300 dollars for emergency visits. This was known as their Silver Plan. Sadly, this has not been the case. Being that I was pregnant before I became "insured," and even though this turns out to not be insurance, but more so a health share I have come to realize I am more responsible for this plan than the company is responsible in helping me. Since getting the plan, I have been charged over 300 dollars to begin. I have also received a few different Explanation of Benefits forms that have showed large balances that I now owe to the company, that the clinic or hospitals would be responsible for. For example, one of the largest EOB's I have a balance of $1,029.01 just for services in the month of September. Previously charged for therapy for over $50 each time and had to stop going because it was not affordable. This plan obviously is not covering even simple blood work because from St. Josephs hospitals billing department I have been billed for $671.67. When getting this plan, I was told I would have to pay $1000 as my MSRA, but that since it was a pre-existing condition it would be doubled. I was told Aleria would be reliable for 70% and I would be responsible for 30%. Each month, the plan is $750 in addition to other charges to keep the plan. From my bills, we have already contributed over 5500 dollars to this company, and have been told $4000 is needed in order for further assistance.

**CONSUMER DESIRED RESOLUTION**

We did some research and it shows that this company is known as a scam and I would like to know if I have any recourse. Thank you for your time.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | None of the Above |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| ALIERA HEALTHCARE INC | 990 HAMMOND DRIVE, SUITE 700<br>SUITE B-200<br>ATLANTAGA 30328 | 81-1019555 |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED |
|---|---|---|---|
| Producer | | | Yes |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | 11-24-2019 | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Aliera Healthcare | | Group Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ████ | Unknown | | | Colorado | ████ | n/a |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | n/a | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ████ | ████ | | | Portal | | | No |

EXHIBIT 1.15

Ex. 1.15, p. 1 of 2

**Problem Report Information Inquiry**

| | | |
|---|---|---|
| **Problem Report ID:** 269679 | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 11-24-2019 | **Closed Date:** 01-13-2020 | **Closure Reason:** |

### STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Lapham Jason | 11-25-2019 | 01-13-2020 | Yes |

### REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|---|---|---|
| CH | Denial of Claim<br>Pre-existing Conditions | ALIERA HEALTHCARE INC |

### ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 12-09-2019 | Phone | | | | | | Complainant |
| | Jason  Lapham | 0.08 | | left voicemail for ▮ | | | |

### INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Aliera Healthcare | Portal - Company | | |
| ▮ | Portal - Insured | | |

### DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 01-13-2020 | Referred for Discplnry Actn | $ 0.00 | $ 0.00 | $ 0.00 |

# Problem Report Information Inquiry

**Problem Report ID:** 271355     **Problem Report Type:** Inquiry     **Responsible Section:** Life, Accident, and Health

**Status:** Closed     **Opened Date:** 04-30-2020     **Closed Date:** 05-05-2020     **Closure Reason:**

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

DB: no CO DOI- against Aliera - sent final email w explanation to consumer- attached.

**CONSUMER DETAIL OF COMPLAINT**

In 2018, I purchased a health policy from a Colorado broker with a 5000$ MAX out of pocket/deductible covering myself and my daughter. In February of 2019, my daughter (covered) had a covered event, a knee injury. Surgery on 4/13/19 ensued.

Between April and June of 2019, I, ███████████, the policy holder, paid out of pocket approximately 7500$ dollars, exceeding my max out of pocket by at least 2500$.

The surgery was performed at Boulder Community Hospital, the surgeons group was Boulder Bone and Joint. Most of the out of pocket expenses were paid to them.

On 5/21/19, my daughter was sent to the Boulder Community Hospital emergency room by a BBJ doctor, who told her her life was in danger. She went to the ER. She was billed over 6500$ for that visit.

Aliera Health denied coverage for that visit, even though I am well well passed my deductible and out of pocket for this claim. Aliera Health has said it was not an emergency, and thus not covered. This is nonsense.

Aliera has been no help in this matter. Aliera in late 2020 has left the Colorado Healthcare market. There is NO ONE TO CONTACT AT ALIERA ANYMORE. Evidently, they don't exist and do not care about their former clients.

My daughter ████████████, now has collections chasing her around and negative information on her credit reports due to Aliera Health's negligence and inability to care about clients.

Clients that ALWAYS PAID THEIR PREMIUMS on time and expected the insurance company to pay bills that they contracted to.

I am at my wits end in trying to get the broker, or aliera to care about this.

I can document all. The last person I spoke to at Aleira in the third qtr of 2019 was a barbara.patrick@alieracompanies.com. She said she would look into it and never got back. The last phone I had for her was 404.618.0602 Ext1740.

We have written BCH, copied Aleira and the collections agent. BCH has defer for a short time

**CONSUMER DESIRED RESOLUTION**

I consider it fair that Aliera Health own up to its responsibilty to pay out a claim that is clearly covered. I paid a 575 dollar premium every month on time.

But when it came time for them to make good on a contract that we had, they seem to have used obfuscation and leaving the Colorado market to run and hide.

I find it reprehensible for an insurance carrier to pin a huge bill on a ███████ kid thats just getting started, because the know the ins and outs.

Its reprehensible, and if I thought legal action would help, I would use that avenue.

Kind Regards,

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|---|
| No | | |

**EXHIBIT 1.16**

Ex. 1.16, p. 1 of 3

06-17-2024

# Problem Report Information Inquiry

Page 2 of 3

**Problem Report ID:** 271355 **Problem Report Type:** Inquiry **Responsible Section:** Life, Accident, and Health
**Status:** Closed **Opened Date:** 04-30-2020 **Closed Date:** 05-05-2020 **Closure Reason:**

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| AlieraHealthcare | | Individual Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ███████ | | | | | | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ███████ | ███████ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | | | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|---|---|
| Bouhall Diane | | | 04-30-2020 | 05-05-2020 | Yes |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 05-11-2020 | Phone | | | | | | Complainant |
| | Jason  Lapham | 0.25 | | At Dayle Axman's request, I contacted ███████ to explain that Aliera was not a licensed insurance carrier. He was surprised by this but understood. He indicated Aliera has been nonresponsive to him about a remaining $7K hospital bill for his daughter's knee  and that he may attempt to negotiate with the hospital. I advised that this appeared to be  reasonable approach since it was unclear if Aliera would ever respond to him. | | | |
| 05-05-2020 | Email | | | | | | |
| | Diane  Bouhall | 0.25 | | sent final email to consumer- in comments/received rebuttal email from consumer- referred to DA- uploaded-5.8 | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | | COMMENT |
|---|---|---|---|---|
| AlieraHealthcare | Portal - Company | | | |
| ███████ | Portal - Insured | | | |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME | |
|---|---|---|---|---|
| DOC LOC ID | SCAN DOC | CONFIDENTIAL | | |
| Database File System | eml corresp consum & to DA | eml corresp consum & to DA | /sirgov/sgov_p2/15558/rltddoc/05082020121947943eml corresp consum & to DA.pdf | |
| | | Yes | | |

06-17-2024                            **Problem Report Information Inquiry**                      *Page 3 of 3*

| | | |
|---|---|---|
| **Problem Report ID:** 271355 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 04-30-2020 | **Closed Date:** 05-05-2020 | **Closure Reason:** |

**COMMENTS**

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 05-05-2020 | Good afternoon: | Yes |

The Division of Insurance (Division) received your complaint against Aleira Health.

As a result of a final agency order signed by the Commissioner on January 13, 2020 Aliera/Trinity is no longer allowed to accept contributions from Colorado residents and will not process any sharing requests for services provided after January 31, 2020.  This mandate was put in place by the commissioner because Aliera was conducting business unfairly, as if it were a licensed insurance company.  Therefore, the policy you purchased through Aleira Health was not considered insurance and does not fall under the Division's regulatory authority.

Unfortunately, as the company was not an insurance company, we are unable to assist with unpaid claims unlike with licensed insurance carriers. We encourage consumers to  pursue whatever appeal or grievance process is available through Aliera/Trinity.

I am truly sorry we are unable to assist further in this matter.  However, the Division is tasked with enforcing policy provisions and Colorado insurance laws for insurance companies licensed within the state of Colorado.

Best Regards,
Diane Bouhall

Sr. Insurance Analyst

**Appx. Vol III
A-202**

06-17-2024

# Problem Report Information Inquiry

Page 1 of 6

| Problem Report ID: 273778 | Problem Report Type: Complaint | Responsible Section: Life, Accident, and Health |
|---|---|---|
| Status: Closed | Opened Date: 12-23-2020 | Closed Date: 01-20-2022 | Closure Reason: |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|

### DESCRIPTION

RLG-Aliera. No jurisdiction . Inquiry letter sent on 04.28.2021.

### CONSUMER DETAIL OF COMPLAINT

██████ was a dependent of his wife, ████, and both were members, beginning 12/28/2017, of Aliera Healthcare and Unity HealthShare—health sharing ministry programs.
█ was hospitalized at UCHealth Medical Center of the Rockies from June 13, 2019 to June 17, 2019 for a cardiac arrest. He then had to treated for a medical emergency on July 3, 2019 at the Cheyenne Regional Medical Center in Wyoming. After █ satisfied his $10,000 sharing amount, the claims for the remaining $109,944.38 due to UC Health Medical Center of the Rockies and the remaining bills for $17,426.83 from the Cheyenne Medical Center were submitted to Aliera and Trinity for sharing.
After very significant delays and his own appeal letters to them, █ was informed by Aliera, in writing, that both sets of medical bills had been paid. However, those medical bills were NOT paid. On behalf I submitted a demand letter to Aliera and Trinity dated September 24 which included exhibits of all the background information, references to the Commissioner's and Deputy Commissioner's C&D and Final Orders against both of these entities (which mandated that they honor contracts they'd issued to Colorado members), and a demand for payment.
I received no responses. So, I sent a follow-up demand letter dated 10/28/20 to The Aliera Companies which was sent via FedEx and email. I know Aliera received the follow-up letter, but I still haven't heard a thing from it or from Trinity.
I copied the Commissioner and Deputy Commissioner on both of these letters, but I was recently informed by Messrs. Frigo and Evans from the Colorado AG's Office that in order to obtain assistance from the DOI it was necessary to file a consumer complaint.
Therefore, I'm submitting this complaint on behalf of ████████ and I ask for your assistance for him by forcing Aliera and/or Trinity to make payment of the full amounts of the medical bills. In further support, I also ask that the DOI consider those previous letters.

### CONSUMER DESIRED RESOLUTION

A fair resolution for ████████ would be, as set forth in the detail of the consumer complaint, at an absolute minimum, prompt payment of the full amounts of the medical provider bills by Aliera and/or Trinity.

Because █ has had to enter into payment plans with both UCHealth and Cheyenne Medical Center to avoid having those bills sent to collections, and because he has been making monthly payments to these providers, it would be best to have checks issued, with guaranteed good funds. So, under the circumstances, I think it would be best to have the payments made in the full amounts by cashier's checks by Aliera (or Trinity) naming ████████ as the payee in order to allow him to make payment to the medical providers of the amounts which remain unpaid and to thereby also allow him to be reimbursed for his out-of-pocket costs he's incurred.

I also think it would be appropriate to force Aliera and/or Trinity to make payment of interest at the statutory amount on the unpaid amounts of the medical bills since December of 2019 when ██ and his wife ████ were told they'd been paid--again which did NOT occur.

Ideally, a fair resolution would also be payment of penalties and my attorney fees as set forth in my demand letter of September 24, 2020.

Again, and in summary, at an absolute minimum, ██ is and has been entitled to have Aliera pay at least the full amounts of the medical bills it said had been paid which were not paid.

Additionally, I encourage the DOI to have Aliera complete the audit set forth in paragraph 2.e. of the STIPULATION FOR ENTRY OF FINAL AGENCY ORDER in the Matter of TRINITY HEALTHSHARE, INC. and, as is in the DOI's judgment appropriate, to determine whether other prior Members have been victimized by Aliera's violations of the DOI's/Commissioner's Final Agency Order in order to provide them relief if and as needed.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company   Other | Yes | |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| Yes | |

Appx. Vol III
A-203

**EXHIBIT**

**1.17**

Ex. 1.17, p. 1 of 6

# Problem Report Information Inquiry

**Problem Report ID:** 273778 **Problem Report Type:** Complaint **Responsible Section:** Life, Accident, and Health
**Status:** Closed **Opened Date:** 12-23-2020 **Closed Date:** 01-20-2022 **Closure Reason:**

## RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| ALIERA HEALTHCARE INC | 990 HAMMOND DRIVE, SUITE 700<br>SUITE B-200<br>ATLANTAGA 30328 | 81-1019555 |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED | | |
|---|---|---|---|---|---|
| Producer | | | Yes | | |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | 06-13-2019 | | | Life, Accident and Health | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| The Aliera Companies | | Individual Health - Health Sharing Ministry | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▮ | NA | | | Colorado | ▮ | ▮ |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER | |
|---|---|---|---|---|---|
| Life or Health | Ft. Collins | No | | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| Kezer, John | ▮ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Gonzales Ramona | 12-23-2020 | 01-20-2022 | Yes |

## REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|---|---|---|
| CH | Denial of Claim | ALIERA HEALTHCARE INC |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY COMMENT | | | |
| 01-20-2022 | Case Closing Report | | | | | Kezer, John |
| | Ramona Gonzales | 0.16 | Per the AGs office. | | | |
| | | | The bankruptcy is ongoing and will likely last months/years longer. We have referred Mr. Kezers clients to the appropriate parties in the bankruptcy and hopefully that is their avenue to restitution. | | | |

# Problem Report Information Inquiry

**Problem Report ID:** 273778　　**Problem Report Type:** Complaint　　**Responsible Section:** Life, Accident, and Health

**Status:** Closed　　**Opened Date:** 12-23-2020　　**Closed Date:** 01-20-2022　　**Closure Reason:**

| ACTIVITY DATE | ACTIVITY | | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|---|
| STAFF MEMBER | | TIME | BATCH QTY | COMMENT | | | | |
| 01-20-2022 | Email | | | | | | | Evn Spencer |

Appx. Vol III A-205

06-17-2024

## Problem Report Information Inquiry

**Problem Report ID:** 273778     **Problem Report Type:** Complaint     **Responsible Section:** Life, Accident, and Health

**Status:** Closed     **Opened Date:** 12-23-2020     **Closed Date:** 01-20-2022     **Closure Reason:**

| ACTIVITY DATE | ACTIVITY STAFF MEMBER | TIME | LETTER DESCRIPTION BATCH QTY | COMMENT | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | Ramona Gonzales | 0.25 | | Advised that it is ok to close this complaint. | | | |

RE: 273778-Keezer
Inbox

Evan Spencer
9:01 AM (1 hour ago)
to me

Ramona:

████████████████████████████████

Best,

Evan Spencer

Assistant Attorney General

Colorado Department of Law

Business & Licensing Section, Insurance Unit

Direct: 720.508.6378

Email: evan.spencer@coag.gov

From: Gonzales - DORA, Ramona <ramona.gonzales@state.co.us>
Sent: Wednesday, January 19, 2022 4:49 PM
To: Evan Spencer <Evan.Spencer@coag.gov>
Subject: 273778-Keezer

Hi Evan,

████████████████████████████████

████████████████████████████████

Ramona Gonzales

Senior Insurance Analyst

Consumer Services

Appx. Vol III
A-206

06-17-2024               **Problem Report Information Inquiry**            *Page 5 of 6*

**Problem Report ID:** 273778      **Problem Report Type:** Complaint      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 12-23-2020      **Closed Date:** 01-20-2022      **Closure Reason:**

| ACTIVITY DATE | ACTIVITY | TIME | LETTER DESCRIPTION | COMMENT | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| STAFF MEMBER | | | BATCH QTY | | | | |
| 08-12-2021 | Letter | | FLWUPLTR | | | | ███████ |
| Ramona Gonzales | | 1 | | | | | |
| 07-08-2021 | Letter | | FLWUPLTR | | | | ███████ |
| Ramona Gonzales | | 1 | | | | | |
| 04-28-2021 | Letter | | INITINQ | | 05-18-2021 | 06-30-2023 | ███████ |
| Ramona Gonzales | | 0.25 | | Sent revised letter due to bounced back emails. | | | |
| 04-07-2021 | Letter | | INITINQ | | 04-27-2021 | 06-30-2023 | ███████ |
| Ramona Gonzales | | 1 | | Bounced back from all emails on file. | | | |
| 04-05-2021 | Meeting | | | | | | Matt and EVAN |
| Ramona Gonzales | | 0.5 | | Discuss next steps.  Will send out an inquiry letter since Aliera has agreed to pay for both claims. | | | |
| 01-14-2021 | Email | | | | | | Kezer, John |
| Ramona Gonzales | | 0.16 | | See comments. | | | |
| 12-23-2020 | Review Materials | | | | | | Kezer, John |
| Ramona Gonzales | | 0.25 | | | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Kezer, John | Portal - Attorney | | |
| ███████ | Portal - Insured | | |
| The Aliera Companies | Portal - Company | | |
| Trinity Healthshare | Portal - Other | | |

## DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 01-20-2022 | Company Position Substantiated | $ 0.00 | $ 0.00 | $ 0.00 |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME | |
|---|---|---|---|---|
| DOC LOC ID | | SCAN DOC | CONFIDENTIAL | |
| Database File System | From the Divison/Atty | Letter from Mr. Kezer | /sirgov/sgov_p2/15558/rltddoc/06212021180614438State.co.us Executive Branch Mail - Re_ FW_ A document was posted for your Division of Insurance Complaint ID 273778.pdf | |
| | | | No | |
| Database File System | From the Division | Email-Inquiry Confirmation | /sirgov/sgov_p2/15558/rltddoc/04282021165847201State.co.us Executive Branch Mail - 273778████.pdf | |
| | | | No | |
| Database File System | From the Division | Email-Kezer | /sirgov/sgov_p2/15558/rltddoc/04282021170910288State.co.us Executive Branch Mail - 273778████.pdf | |
| | | | No | |
| Database File System | From the Division | Letter | /sirgov/sgov_p2/15558/rltddoc/04282021165756107273778-Inquiry ████ 4.28.2021.pdf | |
| | | | No | |
| Database File System | From the Division | Follow-up Letter | /sirgov/sgov_p2/15558/rltddoc/07082021175749496████ - FollowUp7.8.21.pdf | |
| | | | No | |
| Database File System | From the Division | Follow Up 08.18.2021 | /sirgov/sgov_p2/15558/rltddoc/08182021153147278State.co.us Executive Branch Mail - 273778████.pdf | |
| | | | No | |
| Database File System | From the Division | Email from Mr. Keezer 08.23.2021 | /sirgov/sgov_p2/15558/rltddoc/08232021150214118State.co.us Executive Branch Mail - FW_ Follow-up for ████ (DOI File No. 273778_RLG).pdf | |
| | | | No | |

Appx. Vol III
A-207

Resp. Appx. p. 63          Ex. 1.17, p. 5 of 6

# Problem Report Information Inquiry

**Problem Report ID:** 273778      **Problem Report Type:** Complaint      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 12-23-2020      **Closed Date:** 01-20-2022      **Closure Reason:**

| SOFTWARE PRODUCT DOC LOC ID | DOCUMENT NAME SCAN DOC | DOCUMENT CONFIDENTIAL | PATH NAME |
|---|---|---|---|
| Database File System | From the Division | Email-FollowUp Confirmation | /sirgov/sgov_p2/15558/rltddoc/07082021175844090State.co.us Executive Branch Mail - 273778-Follow-up 07.08.2021.pdf |
| | | No | |
| Database File System | From the Division | Follow up Letter 08-18-2021 | /sirgov/sgov_p2/15558/rltddoc/08182021153233191273778█████.Follow-up.08.18.2021.docx |
| | | No | |
| Database File System | From the Carrier | Company Response | /sirgov/sgov_p2/15558/rltddoc/0525202109553129█████05212021(v.1x).pdf |
| | | No | |
| Database File System | From the Attorney | Documentation | /sirgov/sgov_p2/15558/rltddoc/04212021184504948273778-Kezer Docs..pdf |
| | | No | |

## COMMENTS

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 01-20-2022 | Mr. Kezer, <br><br> The Division of Insurance (Division) has completed its investigation of your complaint against Aliera Healthcare Inc. (Aliera) regarding your claim issues. <br><br> I want to thank you for bringing this matter to the Division's attention.  Based on a thorough review of the documentation and information provided by you and the company, the Division has determined we are unable to assist further. <br><br> I have spoken with Evan at the Attorney Generals Office regarding this complaint.  I was advised that the bankruptcy is ongoing and ██████ has been referred to the appropriate parties in the bankruptcy court.  Hopefully, this will be the avenue to resolution. <br><br> With this information, the Division is closing your file at this time.  However, if you have new information you would like the Division to review, please forward it to my attention for consideration. <br><br> Your complaint will remain on file with the Division.  If you have any questions or concerns please feel free to contact me at 303-894-7580 or by email at ramona.gonzales@state.co.us. <br><br> All the best, <br><br> Ramona | Yes |
| 01-14-2021 | Mr. Kezer, <br><br> We see this from time to time.  Please email them to me and I will upload them.  My email address is ramona.gonzales@state.co.us. <br><br> Thank you, <br><br> Ramona | Yes |
| 01-14-2021 | From Portal: Ramona, I've now tried 3 times to attach/upload the background documents. However, they won't attach to the portal. Can you advise me as to how I can attach documents? <br> Thanks, <br> John | Yes |
| 01-14-2021 | Mr. Kezer, <br><br> Thank you for reaching out to the Division of Insurance with your complaint against Trinity Healthshare.  To best assist you, please upload, to the portal, ██████ Explanation of Benefits,  written correspondence, and pertinent documentation. <br><br> Thank you, <br><br> Ramona | Yes |

07-24-2024

# Problem Report Information Inquiry

Page 1 of 3

**Problem Report ID:** 275178     **Problem Report Type:** Inquiry     **Responsible Section:** Life, Accident, and Health

**Status:** Closed     **Opened Date:** 04-13-2021     **Closed Date:** 04-16-2021     **Closure Reason:**

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
| --- | --- |
| | |

**DESCRIPTION**

████████████ OneShare Health.  Health share.  No jurisdiction.

**CONSUMER DETAIL OF COMPLAINT**

I had a total hysterectomy for a very large fibroid. Oneshare is still refusing to pay the anetheresia bill to US Anesthesia Partners of CO Acct #████ for $3,996.00 and the balance to Rose Medical Center Acct #████ for a remaining balance of$4,038.15. They aren't paying the anestheia bill saying it was a preexisting condition. I have sent them a later from mt physician Adele Sykes SCL Health, phone number 303-318-5163 saying it absolutely was not prexisting. They are saying The balance to Rose was my deductable which had already been paid. I sent them statements from Midtown OBGYN showing that I paid them more than the deductable directly. I have appealed this twice and am now in collection.

**CONSUMER DESIRED RESOLUTION**

Pay the outstanding bills and reimburse me the amount I paid over the deductable.
Also please clear my credit report.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
| --- | --- | --- |
| My Insurance Company | No | None of the Above |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
| --- | --- |
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
| --- | --- | --- | --- | --- | --- | --- |
| Consumer | Portal | 11-18-2019 | | | Life, Accident and Health | 04-16-2021 |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
| --- | --- | --- | --- | --- | --- | --- |
| Oneshare Health/Loomis | | Other - healthcare sharing ministry | No | | | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
| --- | --- | --- | --- | --- | --- | --- |
| ████████ | ████ | | | Colorado | ████ | ████ |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
| --- | --- | --- | --- | --- |
| Life or Health | Denver | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ████ | ████ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
| --- | --- | --- | --- |
| Gonzales Ramona | 04-14-2021 | 04-16-2021 | Yes |

Appx. Vol III
A-209

**EXHIBIT**
**1.18**

Ex. 1.18, p. 1 of 3

**Problem Report Information Inquiry**

| | | |
|---|---|---|
| **Problem Report ID:** 275178 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 04-13-2021 | **Closed Date:** 04-16-2021 | **Closure Reason:** |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| STAFF MEMBER | | TIME | BATCH QTY | COMMENT | | | |
| 04-21-2021 | Email | | | Complaint 275178 | | | ▇▇▇▇▇▇▇ |
| Ramona  Gonzales | | 0.16 | | | | | |
| | | | | Gonzales - DORA, Ramona <ramona.gonzales@state.us> 11:41 AM (0 minutes ago) | | | |
| | | | | to ▇▇▇▇▇ | | | |
| | | | | Good morning ▇▇▇▇▇ . | | | |
| | | | | Yes ma'am. At this point, you would need to hire an attorney.  See the email below that I sent through the portal. | | | |
| | | | | The Division of Insurance has received your complaint against OneShare Health.  Although our office assists consumers with insurance issues, we do not have jurisdiction over all plans.  Unfortunately, we don't have jurisdiction over Health Share plans, nor does Colorado insurance law apply. Please refer to the appeal process as provided by OneShare Health. | | | |
| | | | | With this information, the Division is closing your file at this time.  Your complaint will remain on file with the Division.  If you have any questions or concerns please feel free to contact me via the portal, by phone at 303-894-7580, or by email at ramona.gonzales@state.co.us. | | | |
| | | | | All the best, | | | |
| 04-16-2021 | Email | | | See comments. | | | Complainant |
| Ramona  Gonzales | | 0.16 | | | | | |
| 04-16-2021 | Case Closing Report | | | No Jurisdiction.  OneShare Health. | | | |
| Ramona  Gonzales | | 0.16 | | | | | |
| 04-16-2021 | Review Materials | | | | | | ▇▇▇▇▇▇▇ |
| Ramona  Gonzales | | 0.25 | | | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| ▇▇▇▇▇▇ | Portal - Insured | | |
| Oneshare Health/Loomis | Portal - Company | | |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME |
|---|---|---|---|
| DOC LOC ID | SCAN DOC | CONFIDENTIAL | |
| Database File System | From the Consumer | Faxed documents | /sirgov/sgov_p2/15558/rltddoc/04272021150308945Scanned from a Xerox Multifunction Printer (25).pdf |
| | | No | |

## COMMENTS

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 04-18-2021 | From Portal: I have been through their  appeal process twice. This is a year and a half old and I have been turned over to collection. Is my only recourse to hire an attorney? They have all the information. This is a valid claim. Thanks ▇▇▇▇▇ | Yes |

07-24-2024                              **Problem Report Information Inquiry**                              *Page 3 of 3*

**Problem Report ID:** 275178          **Problem Report Type:** Inquiry          **Responsible Section:** Life, Accident, and Health
**Status:** Closed          **Opened Date:** 04-13-2021          **Closed Date:** 04-16-2021          **Closure Reason:**

| DATE | COMMENT | VISIBLE ON PORTAL |
|------|---------|-------------------|
| 04-16-2021 | ███████ | Yes |

The Division of Insurance has received your complaint against OneShare Health.  Although our office assists consumers with insurance issues, we do not have jurisdiction over all plans.  Unfortunately, we don't have jurisdiction over Health Share plans, nor does Colorado insurance law apply. Please refer to the appeal process as provided by OneShare Health.

With this information, the Division is closing your file at this time.  Your complaint will remain on file with the Division.  If you have any questions or concerns please feel free to contact me via the portal, by phone at 303-894-7580, or by email at ramona.gonzales@state.co.us.

All the best,

Ramona

**Appx. Vol III
A-211**

06-17-2024

# Problem Report Information Inquiry

Page 1 of 2

| **Problem Report ID:** 275763 | **Problem Report Type:** Inquiry | | **Responsible Section:** Life, Accident, and Health |
|---|---|---|---|
| **Status:** Closed | **Opened Date:** 06-01-2021 | **Closed Date:** 06-03-2021 | **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

██████████████ - KTT ████████ filed a complaint with the Division of Insurance (Division) regarding her health coverage through Liberty HealthShare regarding the bills they have not paid for claims for the birth of her son in August 2020.  The Division does not have jurisdiction over Liberty HealthShare or Health Sharing Ministries.  - KTT

**CONSUMER DETAIL OF COMPLAINT**

I gave birth to my son in August of 2020. I have been in contact with Liberty since February of 2020 discussing my pregnancy and their coverage. My first bill was sent out September of 2020 and they have yet to pay a dime. My hospital threatened to send me to collections and our bill was totaling over $12,000. Our deductible $2,250. I reached out to liberty again as they make me submit many of the bills and wont correspond with my hospital unless I make them, and asked when they would be sending payment. They promised April 26,2021. I got a call the beginning of May saying that they actually werent able to do coverage then and I would have to wait until at least June or later... nearly a full year after my son has been born. I have now put all my bills on a payment plan until further action can be taken seeing as how we dont have $12,000, but it is costing over $500 a month to keep said payment plan, which is financially taxing.

**CONSUMER DESIRED RESOLUTION**

Liberty paying in full our amount due, minus our deductible of $2250 by July or August

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | Friend/Relative/Co-worker |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | 06-01-2021 | | Life, Accident and Health | 06-03-2021 |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Liberty Health Share | | Individual Health - Health Sharing Ministries | No | Accident and Health | State Specific | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ██████████ | | | | Colorado | | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ██████████ | ██████████ | | | Insured | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Taylor, ACS, AIAA Karen | 06-02-2021 | 06-03-2021 | Yes |

Appx. Vol III
A-212



**EXHIBIT 1.19**

Ex. 1.19, p. 1 of 2

06-17-2024

# Problem Report Information Inquiry

**Problem Report ID:** 275763     **Problem Report Type:** Inquiry     **Responsible Section:** Life, Accident, and Health

**Status:** Closed     **Opened Date:** 06-01-2021     **Closed Date:** 06-03-2021     **Closure Reason:**

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| STAFF MEMBER | | TIME | BATCH QTY | COMMENT | | |
| 06-03-2021 | Case Closing Report | | | | | |
| Karen Taylor, ACS, AIAA | | 0.1 | | ███████ submitted a complaint to the Division of Insurance (Division)regarding claims being denied by LibertyHealth Share. Unfortunately, the Division is unable to assist in this matter. The Division is responsible for ensuring that insurance companies that are licensed within the state of Colorado, follow Colorado insurance law. Liberty HealthShare is not a licensed insurance company and Colorado Insurance laws do not apply to the policy. The Division does not have jurisdiction over these plans. ████████ will need to follow any appeal process offered to her under her plan with Liberty HealthShare. | | |
| 06-03-2021 | Review Materials | | | | | Kristina Schleer/DOI |
| Karen Taylor, ACS, AIAA | | 0.1 | | I asked the Life and Health Team if anyone had a closing letter for LibertyHeathShare complaints. Kristina Schleer, Senior Insurance Analyst emailed me a copy of a closing letter she used. | | |
| 06-03-2021 | Meeting | | | | | Matt Motier |
| Karen Taylor, ACS, AIAA | | 0.1 | | As part of a scheduled file review meeting with Matt Motier, Director of Consumer Services Life and Health Section I asked what is the best course of action on this complaint. Matt provided me with template letter from Jason Lapham, Director of Life and Health Rates and Forms Section, and I am to ask anyone on the Life & Health team if they had a closing letter. | | |
| 06-03-2021 | Letter | | CLOSELTR | | | |
| Karen Taylor, ACS, AIAA | | 0.2 | | | | |

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Liberty Health Share | Portal - Company | | Liberty Health Share is a health sharing ministry. |
| ████████ | Portal - Insured | | |

# Problem Report Information Inquiry

**Problem Report ID:** 276239  **Problem Report Type:** Complaint  **Responsible Section:** Life, Accident, and Health

**Status:** Closed  **Opened Date:** 07-06-2021  **Closed Date:** 05-18-2022  **Closure Reason:**

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|

| DESCRIPTION |
|---|
| HCSA |
| Insured is experiencing Claim-handling delays.  Liberty Health share |

| CONSUMER DETAIL OF COMPLAINT |
|---|
| Insured is experiencing Claim-handling delays.  Liberty Health share |

| CONSUMER DESIRED RESOLUTION |
|---|
| Pay unpaid claims. |

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| NAME | ADDRESS | EIN/NPN |
|---|---|---|
| LIberty HealthShare | Gospel Light Mennonite Church<br>4845 Fulton Dr. NW<br>CantonOH 44718 | |

| EMPLOYMENT TYPE | NAIC ID | REPRESENTATIVE | COMPLAINT CONFIRMED |
|---|---|---|---|
| State Specific | | | No |

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | General | | 07-06-2021 | Low Priority | Life, Accident and Health | 07-06-2021 |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| Other | | | | | Sircon for States |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Liberty Healthshare | | Accident  and Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▉▉▉▉▉ | | | | | | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉▉ | | | Insured | | | No |

## STAFF MEMBERS

| STAFF MEMBER | | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|---|
| Tucker Tony | | 07-06-2021 | 05-18-2022 | Yes |

## REASONS

| CATEGORY | REASON TYPES | RESPONDENT |
|---|---|---|
| CH | Delay | LIberty HealthShare |

**EXHIBIT 1.20**

**Problem Report Information Inquiry**

| | | |
|---|---|---|
| **Problem Report ID:** 276239 | **Problem Report Type:** Complaint | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 07-06-2021 | **Closed Date:** 05-18-2022 | **Closure Reason:** |

### ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | | |
| 05-18-2022 | Letter | | CLOSELTR | | | | Complainant |
| | Tony  Tucker | 0.5 | | The Colorado Division of Insurance has no jurisdiction over Liberty Health Share. | | | |

### DISPOSITIONS

| DATE | TYPE | REQUESTED AMOUNT | DISPOSITION AMOUNT | PAID AMOUNT |
|---|---|---|---|---|
| 05-18-2022 | No Jurisdiction | $ 0.00 | $ 0.00 | $ 0.00 |

### RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME |
|---|---|---|---|
| DOC LOC ID | SCAN DOC | CONFIDENTIAL | |
| Database File System | | Closing letter | /sirgov/sgov_p2/15558/rltddoc/0520202210293658█████4.pdf |
| | | No | |
| Database File System | | Insured's proof | /sirgov/sgov_p2/15558/rltddoc/0709202123340295█████.pdf |
| | | No | |

**Appx. Vol III A-216**

# Problem Report Information Inquiry

| | | |
|---|---|---|
| **Problem Report ID:** 277886 | **Problem Report Type:** Inquiry | **Responsible Section:** Life, Accident, and Health |
| **Status:** Closed | **Opened Date:** 11-29-2021 | **Closed Date:** 12-20-2021 | **Closure Reason:** |

## PROBLEM REPORT DETAILS

| TYPE OF PROBLEM | OTHER PROBLEM TYPE DESCRIPTION |
|---|---|
| | |

**DESCRIPTION**

DB: no CO DOI/ healthsharing ministry- discuss w MM response to consumer

**CONSUMER DETAIL OF COMPLAINT**

This health sharing ministry is changing its rules to state that once a person cancels their insurance they will not be reimbursed for any medical expenses during the last two months of their insurance. That is they want me to pay for two months membership for which I will get zero membership benefits. The new rules take place Dec. 1.   ith this plan my year starts March 1. By this time of the year I have paid my annual unshared amount to them and I feel that I should get the remainder of my year, through the end of Feb., at the terms upon which the year began vs. them changing these rule midway.

**CONSUMER DESIRED RESOLUTION**

I want them to waive these caveats and let me finish my year with them up through end of Feb. 2022 and apply any changes to my account commencing Mar. 1.

| CONSUMER IS COMPLAINING AGAINST | CONSUMER IS REPRESENTED BY AN ATTORNEY? | HOW DID THE CONSUMER KNOW ABOUT US? |
|---|---|---|
| My Insurance Company | No | None of the Above |

| HAS THE CONSUMER PREVIOUSLY REPORTED THIS PROBLEM TO OUR OFFICE OR ANY OTHER AGENCY? | PURCHASED INSURANCE ON THE HEALTH CARE EXCHANGE? |
|---|---|
| No | |

## RESPONDENT INFORMATION

| SOURCE | COMPLAINT TYPE | INCIDENT DATE | RECEIVED DATE | PRIORITY | LOCATION | LOCATION DATE |
|---|---|---|---|---|---|---|
| Consumer | Portal | | | | | |

| FINDING TYPE | INCIDENT GROUP | SUBJECT | SUBJECT ADDITIONAL DETAILS | STATE ID | SYSTEM SOURCE |
|---|---|---|---|---|---|
| | | | | | |

| INSURER | AGENT/AGENCY | TYPE OF INSURANCE | SELF-FUNDED HEALTH PLAN | COVERAGE TYPE | COVERAGE LEVEL | COVERAGE SUBLEVELS |
|---|---|---|---|---|---|---|
| Liberty Health Share | | Individual Health | No | Accident and Health | Individual | |

| NAME OF INSURED | POLICY NUMBER | POLICY PERIOD BEGIN DATE | POLICY PERIOD END DATE | POLICY ISSUED STATE | INSURANCE CARD ID | CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ▇▇▇▇ | | | | Colorado | ▇▇▇▇ | |

| TYPE OF POLICY | LOCATION OF LOSS | IS THE INSURED MEDICARE | MEDICARE SUPP. PLAN | OTHER PARTY'S POLICY OR CLAIM NUMBER |
|---|---|---|---|---|
| Life or Health | | No | | |

## COMPLAINANT INFORMATION

| NAME | ADDRESS | NPN | ORGANIZATION | ROLE | REPRESENTATIVE | AGE GROUP | MEDICAL INFO. AUTHORIZATION |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | | | Portal | | | No |

## STAFF MEMBERS

| STAFF MEMBER | BEGIN DATE | END DATE | RESPONSIBLE |
|---|---|---|---|
| Bouhall Diane | 11-29-2021 | 12-20-2021 | Yes |

## ACTIVITIES

| ACTIVITY DATE | ACTIVITY | | LETTER DESCRIPTION | DUE DATE | RECEIVED DATE | INVOLVED PARTY NAME |
|---|---|---|---|---|---|---|
| | STAFF MEMBER | TIME | BATCH QTY | COMMENT | | |
| 12-20-2021 | Case Closing Report | | | | | Complainant |
| | Diane  Bouhall | 0.2 | | sent final email to consumer- copied into comments below | | |
| 12-16-2021 | Meeting | | | | | |
| | Diane  Bouhall | 0.25 | | discussed response to consumer w MM and KW | | |
| 12-07-2021 | Email | | | | | ▇▇▇▇ |
| | Diane  Bouhall | 0.2 | | received response from consumer to my rfi email | | |

**EXHIBIT 1.21**

Ex. 1.21, p. 1 of 3

06-17-2024          **Problem Report Information Inquiry**          *Page 2 of 3*

**Problem Report ID:** 277886      **Problem Report Type:** Inquiry      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 11-29-2021      **Closed Date:** 12-20-2021      **Closure Reason:**

## INVOLVED PARTIES

| INVOLVED PARTY | INVOLVED PARTY TYPE | ORGANIZATION | COMMENT |
|---|---|---|---|
| Liberty Health Share | Portal - Company | | |
| ███████ | Portal - Insured | | |

## RELATED DOCUMENTS

| SOFTWARE PRODUCT | DOCUMENT NAME | DOCUMENT | PATH NAME |
|---|---|---|---|
| DOC LOC ID | SCAN DOC | CONFIDENTIAL | |
| Database File System | Response from consumer 12.7.21 | email | /sirgov/sgov_p2/15558/rltddoc/12142021112435523Response from consumer 12.7.21.pdf |
| | | No | |
| Database File System | Lib health change of rules.PDF | The Lib Health announcement of change in terms | /sirgov/sgov_p2/15558/rltddoc/11292021101928445Lib health change of rules.PDF |
| | | No | |

## COMMENTS

| DATE | COMMENT | VISIBLE ON PORTAL |
|---|---|---|
| 12-20-2021 | CO DOI: File # 277886 | Yes |

Bouhall - DORA, Diane <diane.bouhall@state.co.us>
2:28 PM (1 hour ago)
to ███████

Good afternoon:

The Division of Insurance appreciates you sharing the details of your concerns regarding the company, Liberty Healthshare.  As this company is a health sharing ministry and not a licensed insurer, our office holds limited authority which does not extend to a company's internal policies or business practices.

You may wish to reach out to the company and request a copy of any appeal rights you may have under the policy provisions and file an appeal related to the claims referenced in your complaint.  It is important to understand that because this company is not a licensed insurer and is a health sharing ministry, they are not required to pay claims.

Should you wish to purchase insurance, the open enrollment period in the state of Colorado extends through January 12, 2022 for a February 1, 2022 start date.  The state health insurance Exchange is

Connect for Health Colorado:

855-752-6749
https://connectforhealthco.com/

Kind Regards,

Diane Bouhall
Sr. Insurance Analyst

Appx. Vol III
A-217

Resp. Appx. p. 73          Ex. 1.21, p. 2 of 3

06-17-2024        **Problem Report Information Inquiry**        *Page 3 of 3*

**Problem Report ID:** 277886      **Problem Report Type:** Inquiry      **Responsible Section:** Life, Accident, and Health

**Status:** Closed      **Opened Date:** 11-29-2021      **Closed Date:** 12-20-2021      **Closure Reason:**

| DATE | COMMENT | VISIBLE ON PORTAL |
|------|---------|-------------------|
| 12-06-2021 | O DOI: File # 277886- Request for Information please | Yes |

Bouhall - DORA, Diane <diane.bouhall@state.co.us>
2:24 PM (0 minutes ago)
to ███████

Good afternoon:

The Division of Insurance (Division) received your complaint against a health sharing ministry.  Health sharing ministries are not licensed insurance companies so the Division has limited ability when it comes to health sharing ministries, however, in order to see if we can help we need further information.

Please clarify for the Division:

1) Please explain the background and what is happening on your end further, your intentions for the plan through this entity- Is your intention to cancel your plan with this entity before your next membership term begins in March 2022?

Thank you,

Diane Bouhall
Sr. Insurance Analyst

**Appx. Vol III
A-218**

**BEFORE THE DIVISION OF INSURANCE, STATE OF COLORADO**

Case File No. 268068
DOI Order No. O-20-005

---

*EX PARTE* EMERGENCY ORDER TO CEASE AND DESIST THE UNAUTHORIZED AND UNLAWFUL TRANSACTION OF THE BUSINESS OF INSURANCE IN THE STATE OF COLORADO

---

In the Matter of TRINITY HEALTHSHARE, INC.

Respondent.

---

This matter comes before Michael Conway, Commissioner of Insurance for the state of Colorado ("Commissioner"), pursuant to the provisions of the Regulation of Unauthorized Insurance Act, §§ 10-3-901 through 10-3-910, C.R.S., whereby the Commissioner is authorized to issue an *ex parte* emergency cease and desist order to prevent the unauthorized transaction of insurance business in Colorado.

### PARTIES AND JURISDICTION

1.     Pursuant to § 10-1-108(7), C.R.S., the Commissioner has the duty and responsibility to supervise the business of insurance in the state of Colorado to assure it is conducted in accordance with Colorado law and in such a manner as to protect policyholders and the general public.

2.     The Colorado Division of Insurance ("Division") is an agency charged with the execution of laws relating to insurance and has supervising authority over the business of insurance in this state pursuant to § 10-1-103(1), C.R.S. Pursuant to § 10-1-104(2), C.R.S., the Commissioner has delegated the duties and responsibilities of investigating, enforcing, and taking actions to enforce compliance with the insurance laws of Colorado to the Division and its staff.

3.     Respondent, Trinity Healthshare, Inc. ("Respondent") is a foreign corporation organized under the law of Delaware.

4.     Respondent first incorporated in the state of Delaware on June 27, 2018.

**EXHIBIT**

**1.22**

Ex. 1.22, p. 1 of 5

5.      Respondent represents itself as a healthcare sharing ministry ("HCSM") as defined by 26 USC §5000A.[1]

6.      Respondent does not hold a certificate of authority in the state of Colorado.

7.      Section 10-1-102(12), C.R.S., defines 'insurance' as, a contract whereby one, for consideration, undertakes to indemnify another or to pay a specified or ascertainable amount or benefit upon determinable risk contingencies.

8.      Pursuant to § 10-1-108(5), C.R.S., the Commissioner has the duty to make such investigations and examinations as are authorized by Title 10 of the Colorado Revised Statutes and to investigate such information as is presented to the Commissioner by authority that the Commissioner believes to be reliable pertaining to violations of Colorado insurance laws.

9.      Section 10-1-102(6)(a), C.R.S., defines insurance company[2] to include all corporations, associations, partnerships, or individuals engaged as insurers in the business of insurance.

10.     Pursuant to § 10-2-102(13), C.R.S., an insurer is every person engaged as principal, indemnitor, surety, or contractor in the business of making contracts of insurance.

11.     Pursuant to § 10-3-105(1), C.R.S., no foreign or domestic insurance company shall transact any insurance business in this state, unless it first procures from the commissioner a certificate of authority stating that the requirements of the laws of this state have been complied with and authorizing it to do business.

12.     Pursuant to § 10-3-903, C.R.S., the making of, or proposing to make, as an insurer, an insurance contract, by an unauthorized insurer, constitutes transacting insurance business in this state.

13.     Pursuant to § 10-3-904.5, C.R.S., when the Commissioner believes that an unauthorized person is engaging in the transaction of insurance business in violation of §§ 10-3-105 or 10-3-903, C.R.S., or any rule promulgated by the Commissioner, and when it appears to the Commissioner that such conduct is fraudulent, creates an immediate danger to the public safety, or is causing or can be reasonably expected to cause significant, imminent, and irreparable public injury, the Commissioner may issue an *ex parte* emergency cease and desist order to such unauthorized person to immediately cease and desist from such unlawful conduct.

---

[1] Respondent does not qualify as an HCSM under federal law as it has not been in operation and continuously sharing member health care costs since at least December 31, 1999. See 26 U.S.C. § 5000A(d)(2)(B).

[2] The section defines "company", "corporation", "insurance company", or "insurance corporation."

2

14.     The Commissioner has jurisdiction over Respondent and the subject matter of this *Ex Parte* Emergency Cease and Desist Order ("Order") pursuant to §§ 10-3-901 through 10-3-910, C.R.S.

## FINDINGS OF FACT

15.     Respondent, by and through its agents and affiliates, offers insurance products in the state of Colorado.

16.     Respondent offers its HCSM products as alternatives to traditional health insurance.

17.     Respondent, by and through its agents and affiliates, is selling insurance products within the state of Colorado. Respondent utilizes licensed resident insurance producers to sell its products in Colorado.

18.     Respondent does not hold a certificate of authority in the state of Colorado.

19.     Moreover, an investigation by the Division has revealed that Respondent is the subject of administrative enforcement actions in Texas and Washington.

20.     The Division has also received consumer complaints regarding Respondent's business transactions and products.

## CONCLUSIONS OF LAW

21.     The Commissioner fully incorporates by reference the paragraphs set forth above as though fully set forth herein.

22.     The Commissioner has jurisdiction over Respondent and the subject matter of this Order.

23.     The products offered by Respondent within the state of Colorado constitute insurance products as defined by § 10-1-102(12), C.R.S.

24.     By offering these products, Respondent is transacting insurance business within the state of Colorado as defined by § 10-3-903, C.R.S.

25.     Respondent is an insurance company as defined by § 10-1-102(6)(a), C.R.S.

3

26. Respondent does not hold a certificate of authority in the state of Colorado as required by § 10-3-105, C.R.S.

27. Based on the conduct described herein and above, the Commissioner believes that Respondent is engaging in the business of insurance in violation of the provisions of §§ 10-3-105 or 10-3-903, C.R.S.

28. It further appears to the Commissioner that Respondent's conduct, as described above and herein, is fraudulent, creates an immediate danger to public safety, and/or is causing or can be reasonably expected to cause significant, imminent, and irreparable public injury.

## ORDER

29. Based upon the above Findings of Facts and Conclusions of Law, the Commissioner of Insurance ORDERS that Respondent **CEASE AND DESIST** from transacting the business of insurance in the State of Colorado, as defined in § 10-3-903, C.R.S., and as specifically described herein. Except that, pursuant to § 10-3-906, C.R.S., the Commissioner of Insurance ORDERS that Respondent honor and maintain any and all existing contracts, plans, policies or memberships with Colorado entities and consumers until the Commissioner of Insurance releases such obligation.

30. Based upon the above Findings of Facts and Conclusions of Law, the Commissioner of Insurance ORDERS that any and all of Respondent's agents, affiliates, employees, contractors, successors in interest, and or authorized representatives **CEASE AND DESIST** from the solicitation, negotiation, sale, or effectuation of any and all of Respondent's products in the state of Colorado.

## OTHER MATTERS

31. Pursuant to § 10-3-904.6(1), C.R.S., Respondent may contest this Order and request a hearing **within 60 days** of the date of this Order in accordance with § 24-4-105(12), C.R.S. Such request for hearing must be received by the Division on or before the expiration of 60 days from the date of this Order.

32. Pursuant to § 10-3-904.6(5), C.R.S., upon determination of a violation of this Order, the Commissioner may impose a civil penalty of $25,000.00 for each act in violation and/or direct restitution.

33. This Order contains a total of six (6) pages, including the Certificate of Service.

4

34.    The Commissioner reserves the right to amend this Order to add any individual, entity or company that is directly or indirectly affiliated or associated with the named entity in this Order or has any type of business or contractual relationship with the named entity in this Order that relate to the unauthorized transaction of insurance business based upon evidence acquired through the Division's continuing investigation.

35.    This Order is effective immediately upon execution by the Commissioner or his designee.

36.    A facsimile or other copy of this Order shall be treated as an original.

Dated this ___12___ day of ___August___, 2019.


KATE HARRIS
CHIEF DEPUTY COMMISSIONER
LIFE & HEALTH POLICY

5