No. 25-1035

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ALLIANCE OF HEALTH CARE SHARING MINISTRIES
*Plaintiff-Appellant*

v.

MICHAEL CONWAY,
in his official capacity as
Commissioner of the Colorado Division of Insurance
*Defendant-Appellee*

Appeal from the United States District Court for the District of Colorado,
No. 1:24-cv-01386-GPG-STV (Hon. Gordon Gallagher)

**APPENDIX VOL XVII - Pages A-868 - A-933**

Date: March 21, 2025

Michael F. Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
(202) 551-1730
michaelmurray@Paulhastings.Com
William E. Mahoney
Paul Hastings LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7304
williammahoney@Paulhastings.Com

*Counsel For Plaintiff Alliance of
Health Care Sharing Ministries*

| ECF NO. | *DESCRIPTION* | Appx. Page No. |
|---|---|---|
| **Appendix Vol. I, Pages 1-140** | | |
| - | District Court Docket Sheet | A-1 |
| 8-1 | Ex. A - Declaration of Rob Waldo (May 17, 2024) | A-9 |
| 8-2 | Ex. A-1 – Samaritan Bylaws | A-19 |
| 8-3 | Ex. A-2 - Samaritan Guidelines | A-44 |
| 8-4 | Ex. A-3 - Samaritan Membership Application | A-94 |
| 8-5 | Ex. B - Declaration of Katy Talento | A-100 |
| 32 | Amended Complaint of Alliance of Health Care Sharing Ministries (July 1, 2024) | A-109 |
| **Appendix Vol. II, Pages 141-179** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1-1.6 (September 3, 2024) | A-141 |
| **Appendix Vol. III, Pages 180-223** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.7-1.22 (September 3, 2024) | A-180 |
| **Appendix Vol. IV, Pages 224-261** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.23-1.28 (September 3, 2024) | A-224 |
| **Appendix Vol. V, Pages 262-307** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.29-1.33 (September 3, 2024) | A-262 |

| | | |
|---|---|---|
| **Appendix Vol. VI, Pages 308-331** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.34-1.36 (September 3, 2024) | A-308 |
| **Appendix Vol. VII, Pages 332-350** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.43-1.54 (September 3, 2024) | A-332 |
| **Appendix Vol. VIII, Pages 351-373** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.37-1.39 (September 3, 2024) | A-351 |
| **Appendix Vol. IX, Pages 374-424** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.40-1.40 (September 3, 2024) | A-374 |
| **Appendix Vol. X, Pages 425-478** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.40-1.41 (September 3, 2024) | A-425 |
| **Appendix Vol. XI, Pages 479-541** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.41-1.42 (September 3, 2024) | A-479 |
| **Appendix Vol. XII, Pages 542-573** | | |

| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.43-1.54 (September 3, 2024) | A-542 |
|---|---|---|
| **Appendix Vol. XIII, Pages 574-612** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.54-1.59 (September 3, 2024) | A-574 |
| **Appendix Vol. XIV Pages 613-682** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.6-1.6 (September 3, 2024) | A-613 |
| **Appendix Vol. XV, Pages 683-767** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 1.61-1.64 (September 3, 2024) | A-683 |
| **Appendix Vol. XVI, Pages 768-816** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.0-2.3 (September 3, 2024) | A-768 |
| **Appendix Vol. XVII, Pages 817-867** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.3-2.4 (September 3, 2024) | A-817 |
| **Appendix Vol. XVIII, Pages 868-933** | | |
| 46-1 | Appendix of Exhibits to Response to Motion for Preliminary Injunction, Exhibits 2.5-7 (September 3, 2024) | A-868 |

| | **Appendix Vol. XIX, Pages 934-1002** | |
|---|---|---|
| 52.1 | Appendix to Reply to Motion for Preliminary Injunction (September 17, 2024) | A-934 |
| 54 | Order Denying the Alliance's Motion for a Preliminary Injunction (January 13, 2025) | A-949 |
| | **Appendix Vol. XX, Pages 1003-1041** | |
| 54 | Order Denying the Alliance's Motion for a Preliminary Injunction (January 13, 2025) | A-1003 |
| 55 | Notice of Appeal as to Order on Motion for Preliminary Injunction (January 27, 2025) | A-1015 |
| 58-1 | Motion for Order to Grant Injunction Pending Appeal (January 28, 2025) | A-1017 |
| | **Appendix Vol. XXI, Pages 1042-1077** | |
| 58-1 | Motion for Order to Grant Injunction Pending Appeal (January 28, 2025) | A-1042 |
| 60 | Order Denying Motion for Injunction Pending Appeal (February 3, 2025) | A-1069 |



Appx. Vol XVIII
A-868



86°                                                                                    SIGN UP

 **EIN Presswire | Newsmatics**

## HSA for America Announces HSA Secure: A New Way to Save on Healthcare Costs

NEWS PROVIDED BY
EIN Presswire
Jun 27, 2024, 8:00 PM ET

*HSA for America launches HSA Secure, combining HSAs & health sharing to lower healthcare costs for individuals & families.*

USA, June 27, 2024 /EINPresswire.com/ --
HSA for America, a leading advocate for health sharing ministries, announced the launch of HSA Secure today. HSA Secure combines the benefits of health savings



www.HSAforAmerica.com

EXHIBIT
2.6
Ex. 2.6, p. 1 of 6

accounts (HSAs) with health sharing.

HSA Secure allows self-employed individuals and small businesses to use pre-tax dollars to pay for qualified medical expenses through an HSA. The program also offers a variety of benefits, including:

- 100% coverage for preventive care services
- Sharing costs for medical bills
- The ability to choose your own doctor

"HSA Secure is a great option for people who are looking for a more affordable way to cover their healthcare costs," said Wiley Long, President, HSA for America. "By combining HSAs with health sharing, we can help people save money on their medical bills and get the tax benefits of an HSA."

More details about HSA Secure:
- The program includes an HSA-qualified MEC (minimum essential coverage) preventive care plan.
- Members can make tax-deductible contributions to their HSA every year.
- Unused HSA funds can be rolled over yearly and invested for future use.
- Members share medical costs with other members, saving money on monthly premiums.
- Large expenses, such as hospitalization, surgery, and specialists, are paid through a medical cost-sharing program.
- The cost of HSA Secure varies depending on age, but is typically half that of traditional health insurance.

Here are eight key benefits of utilizing HSA Secure:

- Tax-Deductible HSA Contributions: Money deposited in the HSA is tax-deductible, immediately reducing annual income tax payments.

- Tax-Deferred Growth: The money deposited in the HSA grows tax-deferred, including interest earned on the account balance, allowing for more efficient savings growth over time.

- Tax-free Withdrawals: Money withdrawn from the HSA to cover medical expenses is tax-free.

- Flexibility and Control: HSA Secure gives members greater control over their healthcare spending, allowing the funds to be used for various medical expenses, including those not covered by the health sharing plan.

- Cost Savings on Premiums: HSA Secure can significantly reduce overall healthcare costs, as health sharing plans typically have lower monthly premiums compared to traditional health insurance.

- Retirement Savings: After age 65, HSA funds can be used for non-medical expenses without penalty, though they will be taxed as ordinary income. This feature makes HSA Secure a useful tool for retirement planning.

- Enhanced Savings with Health Sharing: Health sharing plans like HSA Secure enable maximum savings by offering affordable plans. When combined with the tax advantages of an HSA, these plans provide an effective way to manage healthcare expenses efficiently.

To learn more about HSA Secure, please visit HSA Secure.

About HSA for America

HSA for America provides education and resources to help people learn more about affordable healthcare options and find the right plan for them.

They focus on two main areas: health insurance plans that work alongside Health

Savings Accounts (HSAs) and alternative health sharing plans. By offering guidance through these options, HSA for America assists individuals, families, and even small businesses find cost-effective solutions for their healthcare needs.

Wiley P Long

HSA for America

+1 800-913-4509

email us here

Visit us on social media:

Facebook

X

LinkedIn

YouTube

NOTE: This content is not written by or endorsed by "KXRM", its advertisers, or Nexstar Media Inc.
*For inquiries or corrections to Press Releases, please reach out to EIN Presswire.*



News and Weather for Colorado Springs, Pueblo, and Southern Colorado

HSA for America Announces HSA Secure: A New Way to Save on Healthcare Costs

About Our Ads

EEO Report

FCC Public Information File

Nexstar CC Certification

**Get News App**





**Get Weather App**





**Stay Connected**

Privacy Policy  06/27/2024

Terms Of Use

FCC Applications

Public File Assistance Contact

Subscribe To Push Notifications

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Sitemap

Do Not Sell or Share My Personal Information

HSA for America Announces HSA Secure: A New Way to Save on Healthcare Costs

© 1998 – 2024 Nexstar Media Inc. | All Rights Reserved.



Each Member must comply with the following requirements in order to preserve its membership and be eligible to participate in the sharing program. The requirements below benefit all Members by assuring honor and integrity on the part of Members and by minimizing medical risks and ensuring proper accountability while encouraging good health practices. All Members must agree with and attest to the following statements:

- I agree that a community of moral, ethical and health-conscious people can most efficiently and effectively encourage and care for one another by directly sharing the costs and expenses associated with each other's health care needs.

- I understand that Big Stuff Health Share is a Benevolence Organization, not an insurance entity and that while Big Stuff Health Share assures that every effort will be made to have Members fulfill their monthly sharing commitment, Big Stuff Health Share, in and of itself, cannot guarantee payment of any medical expenses.

EXHIBIT
**2.7**

Ex. 2.7, p. 1 of 3

I agree to practice good health measures and strive for a balanced lifestyle.

DPC Connection

Foundations for Membership

om the usage of any form of illicit/illegal drugs and excessive alcohol consumption, all or which ... and that tobacco consumers have an increased share of $50 monthly per household.

Member Guidelines    Sharing

Contact    Blog

- I believe I am obligated to care for my family and that physical, mental or emotional abuse of any kind to a family Member or anyone else is morally wrong.

- **I agree to submit to mediation followed by subsequent binding arbitration, if needed, for any instance of a dispute with Big Stuff Health Share or its affiliates.**

- **I agree to sign and submit a membership continuation agreement each renewal year confirming my commitment to adhere to these principles.**

**Appx. Vol XVIII A-876**

DPC Connection

Foundations for Membership

Member Guidelines      Sharing

Contact      Blog

Go to Member Guidelines





Member Guidelines

Foundations for Membership

Submit a Shared Need Request

Contact



# Health Care Sharing Plans and Arrangements in Colorado

### Colorado House Bill 22-1269 2021 report

### April 1, 2023

EXHIBIT
2.8

Ex. 2.8, p. 1 of 15

# Table of Contents

| | |
|---|---|
| **Table of Contents** | **2** |
| **Background** | **3** |
| **Overview of Data Collection Efforts** | **3** |
| **Summary of Findings** | **4** |
| Membership | 4 |
| National HCSA Activity | 5 |
| Financial Information | 5 |
| Marketing Efforts and Use of Producers | 7 |
| **Data Limitations** | **7** |
| **Asking Questions and Submitting a Complaint** | **7** |
| **Next Steps** | **8** |
| **Appendices** | **9** |
| Appendix A: Associated Legislation, Regulation, and Division Information | 9 |
| Appendix B: Regulatory Definitions of Terms Related to HCSA Reporting | 10 |
| Appendix C: List of Health Care Sharing Arrangements Operating in Colorado | 12 |
| Appendix D: Services and Pre-existing Conditions Excluded from Sharing by some HCSAs | 12 |
| Appendix E: 2021 Enrollment per HCSA | 14 |
| Appendix F: Total Dollar Amounts of Colorado Members' Healthcare Costs and the Total Dollar Amount of Share Requests that were Eligible for Sharing | 15 |

2

## Background

The Division of Insurance ("Division"), consumer assistance organizations, and lawmakers have received numerous questions and complaints about Health Care Sharing Ministries, Plans, or Arrangements ("HCSAs") operating in Colorado; however, the Division had limited visibility into the HCSAs to answer the questions raised by consumers. The 73rd Colorado General Assembly passed House Bill 22-1269 ("HB22-1269") requiring HCSAs to report data annually to the Division to better understand and collect information about the HCSAs operating in Colorado. HCSAs now report to the Division data on annual enrollment, whether they use licensed producers to enroll members, HCSA guidelines that describe what is and is not eligible for sharing, and marketing materials. These data reporting efforts will ultimately increase transparency for Colorado consumers.

In Colorado statute an HCSA is defined as, "any person not authorized to sell insurance in this state [Colorado] but that offers or intends to offer a plan or arrangement in this state [Colorado] to facilitate payment or reimbursement of [Colorado] residents' health-care costs or services.[1]" Colorado law requires all HCSAs, both religious and not, to report data to the Division annually or potentially face civil penalties and cease and desist orders. [2]

HCSAs don't offer the same protections to consumers as Affordable Care Act ("ACA") plans. There is no guarantee that HCSA members will have their healthcare costs paid for (commonly referred to as "sharing" by HCSAs). Some HCSAs include notices noting lack of guaranteed payments for health costs and how members are always personally liable for payment of their medical bills, however it is unclear if consumers have full understanding of these provisions when they enroll, and many Division complaints suggest that they may not.

## Overview of Data Collection Efforts

To implement HB22-1269 the Division drafted an Emergency Regulation, created a data reporting template and a dedicated HCSA data collection webpage[3], and held two public meetings for any interested party to provide feedback on the proposed regulation. The feedback provided by consumer advocates, HCSAs, and members of the public helped refine the final emergency regulation and data reporting template.

By December 15, 2022, nine (9) HCSAs submitted data or requested an extension. Over the following months an additional twelve (12) HCSAs were identified with sixteen (16) HCSAs in total reporting 2021 data to the Division. Division staff reviewed all submissions for completeness, followed up with each HCSA if materials or data elements were missing, and asked HCSAs questions to determine if data were reported correctly based on definitions found in the regulation and reporting template.

---

[1] § 10-16-107.4 of the Colorado Revised Statutes ("C.R.S.")
[2] Potential civil penalties and cease and desist orders are subject to the requirements of due process.
[3] Links to these items can be found in the Appendices.

3

## Summary of Findings

Of all HCSAs operating in Colorado for some portion of 2021, 16 submitted data to the Division ahead of the publication of this report and all 16 submissions were initially deemed incomplete. At the time this report was prepared, not all data elements were submitted or submitted correctly following their specific definitions (e.g., The percentages of member fees or shares retained for administrative expenses or program expenses were categorized differently across HCSAs and a few HCSAs did not follow the regulatory definition). Where data submission issues are known, the Division has presented a subset of data in this report to include only those HCSAs that reported correctly. The Division is currently working with each HCSA to finalize their 2021 submissions to ensure that data submitted are uniform across HCSAs.

### Membership

In 2021, sixteen (16) HCSAs reported a total membership of 67,876 Coloradans and 1,713,447 Americans. Colorado membership numbers represent almost 4% of national enrollment numbers. In comparison Colorado's 2020 census population is 1.7% of the national population.[4] Further, Connect for Health Colorado reported 226,680 Coloradans enrolled in a health insurance plan in the individual market through the state-based exchange in 2021, meaning HCSA enrollment was ~30% of the individual market enrollment on Colorado's state-based exchange in 2021.[5] Actual enrollment in HCSAs in Colorado is likely higher than reported here as at least 5 more HCSAs were likely offering products during 2021 based on internet searches, communications with HCSAs, and consumer complaints.



Five (5) HCSAs reported Colorado employer groups participating in sharing arrangements in 2021 but at least 3 additional HCSAs have marketing and communication materials to encourage employers to offer their HCSA products to employees and/or to pay a portion of the employees monthly required membership dues or share amounts. Of the five (5) HCSAs that reported data on employer participation, an average of 13 members per employer participated in a HSCA, for a total of 1,905 members.[6] The 1,905 members most likely includes some combination of employees and employees plus their families.

---

[4] United States Census Bureau. [Profile United States 2020 census data]. Retrieved from https://data.census.gov/profile?g=0100000US
[5] Connect for Health Colorado. [2021 Annual Report]. Retrieved from https://c4-media.s3.amazonaws.com/wp-content/uploads/2022/01/14100310/C4HC_2021AnnualReport_FINAL.pdf
[6] These statistics are from the five (5) HCSAs who reported employer group participation

4

## National HCSA Activity

At least 11 HCSAs that reported data to the Division operated in and/or advertised shared products in all 50 states in 2021. Nine (9) of the HCSAs offered products in all fifty states. Vermont, Washington, Rhode Island, Pennsylvania, Maryland and Hawaii were the states with the smallest number of HCSAs. At this time, it is unclear why some states have fewer HCSAs than others.

The following map does not include all HCSAs operating in each state as this map includes the information provided to the Division and excludes those HCSAs who did not submit data. The actual number and geographic distribution of HCSAs operating in the U.S. is most likely higher and slightly different, respectively, than what is displayed on the map. While not a comprehensive view of where HCSAs operated, this map expands on the breadth of HCSAs shared by the Massachusetts Health Connector in its 2020-2021 report.[7]



Number of HCSA operating in each state in 2021



## Financial Information

Of the 16 HCSAs that submitted data, only a subset submitted their financial information correctly. A few HCSAs did not report all of the required information for differing reasons. In this section of the report the Division has provided the subset of HCSAs that reported their financial information correctly. The Division is working with all HCSAs to submit their data correctly for 2021 and future submissions.

Fourteen (14) HCSAs submitted the total dollar amount of healthcare costs or services that were submitted for sharing totaling $361,782,968.53. In comparison, $97,393,551.95 in total fees, dues, shares, contributions, and other payments were collected from Colorado members in

---

[7] Massachusetts Health Connector [Health Connector HCSM Report 2021] Retrieved from: https://betterhealthconnector.com/wp-content/uploads/Health-Connector-HCSM-Report-2021.pdf

5



$362M
in health
care costs
submitted

$131M
shared
/paid

$97M
collected
from
members

2021, which equals 26.7% of members' health care costs.[8] Many of the HCSAs note that their portion of the $362 million includes duplicate charges, ineligible charges based on their sharing guidelines, discounts that they negotiated on their members' behalf, and the members' agreed upon portions of medical bills. Once those amounts were deducted, the HCSAs reported that $131,984,548.13 of members' total 2021 health care costs qualified for sharing. In total, the shares collected from Colorado members covered 74% of total eligible share requests. One of the HCSAs attributed the difference between dollars shared and dollars collected to Colorado's high healthcare costs.

Actual health care costs of Colorado members were likely different than reported as claims/share requests do not include costs for benefits excluded from sharing. Many of the HCSAs reported excluding benefits such as contraception coverage, mental health services, alcohol use disorder treatments, ADHD treatments, prescription drugs for chronic conditions, abortion with no exceptions for rape or safety of the pregnant person, and some pre-existing conditions. Many of the HCSAs also reported excluding or placing limitations on maternity care unless the pregnant person had been a member of the HCSA's highest membership tier for some previous amount of time (e.g., maternity care is covered once the pregnant person has been a member for 12 months without changing to a lower cost program).

Some of the HCSAs require, in their guidelines, that members first request providers and hospitals to reduce or write off eligible health care bills. Some HCSAs also require members to first request charity care and financial support from local governments and consumer support organizations in paying the member's health care bills. For Medicare eligible members, some of the HCSAs require that members are enrolled in Medicare parts A, B, and sometimes D and that the HCSA is used after health care costs are submitted to Medicare.

---

[8] The data provided in this paragraph include only those 14 HCSAs that correctly reported on the data elements referenced. One HCSA did not report on "Total dollar amount of health-care costs or services that were incurred by the participant and submitted by or on behalf of the participant for sharing" and another reported national data instead of the required Colorado member specific data so data from both HCSAs were excluded from the financial analysis presented.

6

## Marketing Efforts and Use of Producers

Seven HCSAs reported working with a total of 862 producers[9] to enroll 4637 members, or 35.2% of the enrollment of these seven HCSAs. The range of membership enrollment via producers in the seven HCSAs is between <1% - 100% of members enrolled via producers. HCSAs are not required to report the names, business, or license numbers of individual producers so the count of 862 producers across seven HCSAs is not a unique count of producers and likely includes double counting. Five (5) of the HCSAs noted that they do not work with producers licensed in the state of Colorado to enroll members (Emergency Regulation 22-E-20 defines "producers" for HCSA data submission purposes as those licensed to sell insurance in Colorado). However, these 5 HCSAs work with third-party organizations to enroll members. An additional four HCSAs explicitly noted they do not use external producers or third-party organizations in their enrollment efforts.

Social media was also used by HCSAs to communicate to members and to market their products. Two (2) HCSAs reported using social media in their marketing efforts but internet searches by Division staff indicated that all 16 HCSAs that reported data to the Division use social media channels to market their organizations and products.

## Data Limitations

The data submitted to the Division over the past few months are the first collection of HCSA data in Colorado. Not all HCSAs submitted data following the definitions laid out in Emergency Regulation 22-E-20 or on the reporting template. Moreover, not all HCSAs submitted all required data. The Division is working to refine and clarify the reporting requirements and will be providing HCSAs with additional information to ensure more consistent reporting in the future.

There are limits to what the Division can understand from the data reported. The Division does not collect demographic information about HCSA members (e.g., age, income, or family size) or the types of employers who offer an HCSA to their employees, or the names of producers used to enroll members into HCSAs. Even with these limitations the Division has learned valuable information and noted areas for further improvement through this first data collection period.

## Asking Questions and Submitting a Complaint

If there are questions or complaints about a HCSA, please reach out to the Division of Insurance. If you're unsure of what kind of coverage you currently have, whether it is an

---

[9] For the purposes of HB22-1269's data collection efforts and this report "Producers" are defined as a person who solicits, negotiates, effects, procures, delivers, renews, continues, or binds: Policies of insurance for risks residing, located, or to be performed in this state; membership in a prepayment plan as defined in § 10–16-2 & § 10-16-3, C.R.S.; or membership enrollment in a health-care plan as defined in §10-16-4 C.R.S.; with the exception of a public adjuster. This definition is from § 10–2-103(6), C.R.S. and Emergency Regulation 22-E-20.

7

ACA-compliant health insurance, a HCSA, or something else, you can contact the Division's Consumer Services team to find out what questions to ask.

Colorado consumers enrolled in a HCSA who are having problems getting their health care costs covered should contact the Division of Insurance's Consumer Services team. The Consumer Services team is available to answer questions or respond to complaints via phone calls and/or our consumer portal. More information about filing a complaint can be found on the Division's website, emailing DORA_Insurance@state.co.us, or calling 303-894-7490 (within the Denver Metro area) or 800-930-3745 (outside the Denver Metro area).

## Next Steps

The Division is currently in the process of data collection and follow-up with HCSAs for calendar years 2021 and 2022. When new HCSAs operating in Colorado are identified, the Division will notify these HCSAs of the requirements of the law. If there is evidence that a HCSA is operating in Colorado but is not included in this report, please contact Leilani Russell (Leilani.Russell@state.co.us).

Completion of 2021 data submissions is expected by June 2023 and early Fall of 2023 for 2022 data submissions. The Division is not anticipating updates to the 2021 report. Finalized submission materials, excluding confidential information, will be posted to the Division's website for interested parties to download. The report summarizing 2022 data will be posted to the Division's website no later than October 1, 2023. Annually, HCSA data are due to the Division on March 1st of each year with the associated report published by October 1st of the same year.

The Division continues to monitor and follow-up on questions and complaints about HCSAs. Over the coming months the Division will release the permanent regulation related to House Bill 22-1269. This process includes a draft regulation, a public hearing, and different opportunities to provide public comment about the permanent regulation. Lessons learned from the first two rounds of data collection will inform the permanent regulation. Anyone interested in participating in the regulatory process should sign up for notifications from the Division and/or check the Division's website.

8

# Appendices

## Appendix A: Associated Legislation, Regulation, and Division Information

- Colorado House Bill 22-1269
- Division of Insurance Emergency Regulation 22-E-20
- The Division's consumer complaint portal and information on how to ask a question or file a complaint
- The Division's web page dedicated to House Bill 22-1269

**2021 Reporting Template:** The annual reporting template all HCSAs are required to submit can be downloaded from the Division's website: https://docs.google.com/spreadsheets/d/1KW_s7tv91SIP-I327ttx1_Xja2w86Ui-/edit#gid=876537254

**About the Division of Insurance:** The Colorado Division of Insurance, part of the Department of Regulatory Agencies (DORA), regulates the insurance industry and assists consumers and other stakeholders with insurance issues. Visit doi.colorado.gov for more information or call 303-894-7499 / toll free 800-930-3745.

**About DORA:** DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado. Consumer protection is our mission. Visit dora.colorado.gov for more information or call 303-894-7855 / toll free 800-886-7675.

9

## Appendix B: Regulatory Definitions of Terms Related to HCSA Reporting

**Administrative expenses:** shall mean costs incurred to operate and support the functioning of the health care sharing plan or arrangement. This includes but is not limited to bank fees, staff salaries, data processing, sales, and marketing efforts. This includes fees, commissions, and remuneration paid to contractors that acted on behalf of the health care sharing plan or arrangement to facilitate administrative expenses.

**Coloradans:** shall mean residents of Colorado during the reporting period.

**Health care costs or health care expenses:** shall mean any amount billed by a health care provider for health care services or related products or by a pharmacy.

**Health care provider:** means any physician, dentist, optometrist, anesthesiologist, hospital, X ray, laboratory and ambulance service, or other person who is licensed or otherwise authorized in Colorado to furnish health-care services, as defined in § 10-16-102(56) of the Colorado Revised Statutes (C.R.S.).

**Health care services:** means any services included in or incidental to the furnishing of medical, behavioral, mental health, or substance use disorder; dental, or optometric care; hospitalization; or nursing home care to an individual, as well as the furnishing to any person of any other services for the purpose of preventing, alleviating, curing, or healing human physical illness or injury, or behavioral, mental health, or substance use disorder. "Health-care services" includes the rendering of the services through the use of telehealth, as defined in § 10-16-123 (4)(e), C.R.S.

**Health Care Sharing Plan or Health Care Sharing Arrangement or "plan" or "arrangement" or "HCSA":** shall mean any person not authorized to sell insurance in Colorado but that offers or intends to offer a plan or arrangement in Colorado to facilitate payment or reimbursement of Colorado residents' health-care costs or services. This does not include direct primary care agreements as defined in § 6-23-101, C.R.S.; consumer payment plans offered directly between a provider and patient (or patient's responsible party); businesses used to facilitate the plan's operations such as reimbursement handling, cost containment vendors, data processing; and crowdfunded sources for the purposes of paying for and/or reimbursement of health care services.

**Health Care Sharing Plan Reporting or "HCSPR":** shall mean the report required to be filed with the Commissioner pursuant to § 10-16-107.4(1), C.R.S, as interpreted by Emergency Regulation 22-E-20.

**Health Care Sharing Plan Reporting template or "template":** shall mean the data reporting template created and distributed by the Division for the purposes of collecting data per § 10-16-107.4, C.R.S., available on the Division's website.

**Insurance producer or "producer":** shall have the same meaning as found at § 10-2-103(6), C.R.S., with the exception that it does not include § 10-2-103(6)(b), C.R.S.

10

**Program expenses**: shall mean any service by the HCSPA or its contractors that, while not direct medical care, contributes to the care and overall experiences of HCSPA's participants. This includes but is not limited to coaching and wellness programs, care navigation, care coordination, medical review, quality improvement efforts, cost containment, reimbursement handling, and bill negotiations. This includes fees, commissions, and remuneration paid to contractors that acted on behalf of the HCSA to facilitate program expenses.

**Product(s):** shall mean the services covered as a package under a membership plan, tier, or level.

11

Appendix C: List of Health Care Sharing Arrangements Operating in Colorado

**List of HCSAs that offered plans or arrangements in Colorado in 2021
and reported data to the Division**

Altrua Ministries
Christian Healthcare Ministries
Christian Care Ministry, dba Medi-Share
Impact Health Sharing
Jericho Share
Liberty HealthShare
Logos Missions, Inc, dba Christian Mutual Medical Assistance
netWell
OneShare
Samaritan Ministries International
Sedera Medical Cost Sharing Community
Sedera, Inc.
Share HealthCare
Solidarity
Unite Health Share Ministries, dba UHSM
Zion HealthShare

12

## Appendix D: Services and Pre-existing Conditions Excluded from Sharing by some HCSAs

**The following are health care services that are excluded from sharing across some of the organizations that reported data to the Division. This is not an exhaustive list.**

- Acupuncture
- ADHD treatments
- Contraception coverage
- Cosmetic surgery
- Dental coverage
- Diabetic medication and supplies
- Fertility/Infertility care
- Gender affirming care
- Maternity care - unless the mother has been a member for 12 months without changing to a lower cost program
- Medications used to support chronic or pre-existing health conditions
- Mental health treatment
- Routine and preventive care – including, but not limited to, all well-patient care and screening tests and procedures
- Speech therapy for learning impairments and speech delays
- Substance use disorder treatment

**The following are a list of conditions that some of the HCSAs reported as pre-existing and therefore ineligible for sharing, or had limitations on sharing based on the HCSA's specific guidelines. This is not an exhaustive list.**

- ALS
- Alzheimer's Disease
- Aneurysm
- Asthma
- Autism Spectrum Disorder
- Cancer
- Cerebral Palsy
- Congenital Conditions
- Congestive Heart Failure
- COPD
- Cystic Fibrosis
- Dementia
- Diabetes Type I and II
- Down's Syndrome
- Endometriosis
- Experimental treatments
- Heart Palpitations
- Hepatitis
- Hypertension
- HIV/AIDS
- Lupus
- Lyme's Disease
- Multiple Sclerosis
- Muscular Dystrophy
- Rheumatoid Arthritis
- Sickle-Cell Disease
- Sleep Apnea

13

Appendix E: 2021 Enrollment per HCSA

| Organization | Reported Enrollment in Colorado | Reported Enrollment Nationally |
|---|---|---|
| Altrua Ministries | 503 | 21,243 |
| Christian Care Ministry, dba Medi-Share | 19,307 | 442,234 |
| Christian Healthcare Ministries | 12,846 | 517,978 |
| Impact Health Sharing | 226 | 4,658 |
| Jericho Share | 2,264 | 37,755 |
| Liberty HealthShare | 6,605 | 131,117 |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | 231 | 21,077 |
| netWell | 17 | 210 |
| OneShare | 4,355 | 57,036 |
| Samaritan Ministries International | 13,792 | 358,918 |
| Sedera Medical Cost Sharing Community | 1,637 | 24,790 |
| Sedera, Inc. | 1,499 | 7,710 |
| Share HealthCare | 20 | 499 |
| Solidarity | 807 | 22,500 |
| Unite Health Share Ministries | 1,165 | 29,847 |
| Zion HealthShare | 1,733 | 24,909 |

14

Appendix F: Total Dollar Amounts of Members' Healthcare Costs and the Total Dollar Amount of Share Requests that were Eligible for Sharing

| Organization | Total dollar amount of health-care costs or services that were incurred by participants and submitted for sharing | Total dollar amount of requests for reimbursement/sharing that qualified for reimbursement/sharing |
|---|---|---|
| Altrua Ministries | $2,335,070.40 | $1,433,915.26 |
| Christian Care Ministry, dba Medi-Share | $86,870,271.20 | $25,961,518.21 |
| Christian Healthcare Ministries | $51,504,748.73 | $47,695,071.43 |
| Impact Health Sharing | $341,595.16 | $251,081.84 |
| Jericho Share | $328,951.44 | $22,509.22 |
| Liberty HealthShare | $58,335,818.36 | $25,910,523.00 |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | $564,236.16 | $492,588.08 |
| netWell | $90,673.37 | $15,650.46 |
| OneShare | $23,753,223.42 | $4,397,790.40 |
| Samaritan Ministries International | $37,779,700.00 | $16,663,089.00 |
| Sedera Medical Cost Sharing Community | $788,758.45 | $717,537.48 |
| Sedera, Inc. | $5,328,655.28 | $4,910,196.11 |
| Share HealthCare | $1,304.00 | $606.04 |
| Solidarity* | $92,221,825.00 | $36,426,000.00 |
| Unite Health Share Ministries | $93,759,962.56 | $3,512,471.60 |
| Zion HealthShare* | | $2,026,977.45 |

*These HCSAs data were excluded from the financial analysis presented in this report

15



# Health Care Sharing Plans and Arrangements in Colorado

## Colorado House Bill 22-1269 2022 report

October 2023

EXHIBIT
**2.9**

Ex. 2.9, p. 1 of 24

# Table of Contents

**Table of Contents** 2

**Background** 3

**Overview of Data Collection Efforts** 3

**Summary of Findings** 4

    Membership 4

    National HCSA Activity 4

    Financial Information 5

    Marketing Efforts and Use of Producers 7

**Data Limitations** 7

**Questions or Concerns** 8

**Next Steps** 8

**Appendices** 9

    Appendix A: Associated Legislation, Regulation, and Division Information 9

    Appendix B: Regulatory Definitions of Terms Related to HCSA Reporting 10

    Appendix C: List of Health Care Sharing Arrangements Operating in Colorado 12

    Appendix D: Services and Pre-existing Conditions Excluded from Sharing by Some HCSAs 12

    Appendix E: 2022 Enrollment Data per HCSA 14

    Appendix F: 2022 Financial Information Table 1 15

    Appendix G: 2022 Financial Information Table 2 18

    Appendix H: 2022 Data on Denials and Appeals 20

    Appendix I: Additional 2022 Data from the Health Care Sharing Plan Reporting Template 22

    Appendix J: Number of HCSAs Operating in each State 24

# Background

The 73rd Colorado General Assembly passed House Bill 22-1269 ("HB22-1269") requiring Health Care Sharing Ministries, Plans, or Arrangements ("HCSAs") to report data annually to the Division of Insurance ("Division") to collect, and publish information about the HCSAs operating in Colorado. HCSAs report data to the Division about annual enrollment and financial data, use of licensed producers, HCSA member guidelines, and marketing materials.[1] These data reporting efforts are intended to increase transparency about HCSAs for Colorado consumers.

Emergency Regulation 22-E-20 defines a "Health care sharing plan" or "health care sharing arrangement" or "plan" or "arrangement" or "HCSPA" as, "any organization that offers or markets products to facilitate payment or reimbursement of health-care costs or services for one (1) or more residents of Colorado. This does not include direct primary care agreements as defined in § 6-23-101, C.R.S.; consumer payment plans offered directly between a provider and patient (or patient's responsible party); businesses used to facilitate the plan's operations such as reimbursement handling, cost containment vendors, data processing; and crowdfunded sources for the purposes of paying for and/or reimbursement of health care services."[2] Colorado law requires all HCSAs to report data to the Division annually.

# Overview of Data Collection Efforts

To collect data from HCSAs offering plans or arrangements in Colorado in 2022, the Division used the infrastructure implemented for the 2021 data collection efforts. This includes: Emergency Regulation 22-E-20, a data reporting template, and a dedicated HCSA data collection webpage to meet the requirements of Colorado statute.[3] The feedback provided by consumer advocates, HCSAs, and members of the public helped refine the final emergency regulation and data reporting template.

By March 1, 2023, fifteen HCSAs submitted data or requested an extension in order to fulfill reporting requirements for the 2022 calendar year. Over the following months, one additional HCSA submitted 2022 data, with sixteen HCSAs in total reporting 2022 data to the Division ahead of the drafting of this report. Division staff reviewed all submissions for completeness, followed up with each HCSA if materials or data elements were missing, and conducted specific follow up as needed.

Two HCSAs that had been included in the Division's 2021 report did not submit their 2022 data in time for inclusion in this report. These two organizations accounted for nearly 19% of the 2021 Colorado HCSA membership and nearly 28% of the total aggregate health care costs eligible for sharing, respectively. Given the potential statistical impact these missing HCSAs' data could have on comparing data from one year to the next, the Division cautions against

---

[1] For a full list of all information required to be reported to the Division annually by HCSAs see § 10-16-107.4(1), C.R.S.

[2] Emergency Regulation 22-E-20's purpose is to establish the data reporting requirements applicable to all HCSAs offering or that intend to offer plans or arrangements to facilitate payment or reimbursement of health-care costs or services for residents of Colorado.

[3] Links to these items can be found in the Appendices below.

3

comparing the summary data provided in the 2022 report to that provided in the 2021 report. No information about or data from these two HCSAs were included in this 2022 report. The Division is working with both of these HCSAs to finalize their 2022 submissions and will post their non-confidential submission materials to the Division's website but does not intend to update this report with those data.

# Summary of Findings

Sixteen HCSAs submitted data to the Division ahead of the publication of this report. The Division has identified several inconsistencies in data reporting and is working to resolve such inconsistencies for future reports. For the purposes of this report, where inconsistencies in the data are present the Division has presented a subset of data in the summary sections to include only those from HCSAs that reported in accordance with Emergency Regulation 22-E-20.

## Membership

In 2022, sixteen HCSAs reported a total membership of 58,616 Coloradans and 1,265,549 members nationally. Colorado HCSA membership numbers represent over 4% of national HCSA enrollment of these HCSAs. In comparison, Colorado's 2020 census population is 1.7% of the national population.[4] Actual enrollment in HCSAs in Colorado is likely higher than reported here as at least 2 more HCSAs were likely offering products during 2022.[5]

Five of the sixteen HCSAs reported Colorado employer groups participating in sharing arrangements in 2022 and three additional HCSAs included marketing and communication materials that encourage employers to offer their HCSA products to employees and/or to pay a portion of the employees' monthly required membership dues or share amounts. Of the five HCSAs that reported data on employer participation, the range of members participating in a HCSA per employer is 1 to 80 members, with an aggregate total of 871 members across all five HCSAs.

## National HCSA Activity

Nine of the sixteen HCSAs offered products in all fifty states, while the other seven HCSAs operated in a limited number of states.

The following map shows the number of HCSAs operating in each state out of the sixteen HCSAs that reported data to the Division. If a HCSA has active members in a state but does not accept new members in that state, they are still included in this map. Four HCSAs noted that they had active members in certain states but were no longer accepting new members in Illinois, New Mexico, New York, Pennsylvania, Vermont, and Washington. Further, the map does not include a count of all possible HCSAs operating in each state as this map is limited to only the HCSAs that submitted data to the Division and excludes those HCSAs who did not submit data

---

[4] United States Census Bureau. [Profile United States 2020 census data]. Retrieved from https://data.census.gov/profile?g=0100000US

[5] Two (2) HCSAs that had been included in the Division's 2021 report did not submit their 2022 data in time for inclusion in this report.

4

in time for the publication of the report. For the number of HCSAs operating in each state please refer to Appendix J.



## Financial Information

There is variability across the 16 HCSAs regarding the financial information submitted, making comparisons difficult. For example, some data were reported at a national level instead of the state level and some data were not reported. The Division is working with all HCSAs regarding future data submissions to ensure consistency and alignment with regulatory definitions.

HCSAs are required to report the "Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the [HCSA's] product." Fourteen[6] HCSAs collected $78,607,499.89 in total fees, dues, shares, contributions, and other payments from members in 2022.

HCSAs are also required to report on the dollar amount of healthcare costs submitted for their members' sharing requests, the dollar amount of those healthcare costs that are determined eligible for sharing based on their specific member guidelines, and the dollar amount paid or shared to cover healthcare expenses the HCSA determines are eligible for sharing. A total of

---

[6] One HCSA reported national data instead of the required Colorado member specific data for "Total dollar amount of health-care costs or services that were incurred by the participant and submitted by or on behalf of the participant for sharing". Another HCSA reported $0 for the "Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the product." Data from both these HCSAs were excluded from the financial analysis.

5

$180,086,114.27 in healthcare costs were submitted for sharing by members of fourteen HCSAs.[7] Many of the HCSAs note that the dollar amount of healthcare costs or services submitted for sharing includes duplicate charges, ineligible charges based on the HCSA's sharing guidelines (for example a member may receive a single itemized bill from a provider with both eligible and ineligible charges but the full bill is submitted as part of the sharing request), discounts that the HCSAs negotiated on their members' behalf, and the members' agreed-upon portions of medical bills. Once those ineligible amounts were deducted, the HCSAs reported that $70,715,150.25 of members' total 2022 health care costs were determined eligible for sharing by the HCSAs. Of the over $70 million determined by the HCSAs to be eligible for sharing $65,920,503.98 in healthcare costs or services were paid by the HCSAs by December 31, 2022.

Actual health care costs of Colorado members were likely different than the HCSAs reported as some bills/share requests do not include costs for benefits excluded from sharing. Based on the Division's review of each HCSA's member guidelines many of the HCSAs reported excluding benefits such as contraception coverage, mental health services, alcohol use disorder treatments, Attention-deficit/hyperactivity disorder treatments, prescription drugs for chronic conditions, abortion with no exceptions for rape or safety of the pregnant person, and some pre-existing conditions. Many of the HCSAs also reported excluding or placing limitations on maternity care unless the pregnant person had been a member of the HCSA's highest membership tier for some previous amount of time (e.g., maternity care is covered once the pregnant person has been a member for 12 months without changing to a lower cost program).

The guidelines of all sixteen HCSAs explicitly state that members must use or are obligated to pursue[8] other payment options available to the member before submitting a share request otherwise the member's healthcare costs are not eligible for sharing. This includes using insurance, Medicare, Medicaid, Veterans Administration, Tricare, private/public grants, crowdfunding, and any liable third party (in the event of an accident) before submitting a share request. From one HCSA's member guidelines, "If the member fails to request for and or accept sources of payment available, the amount that could have been paid through other sources is not available for sharing." Two HCSAs require or suggest that members first request providers and hospitals to reduce or write off eligible health care bills (sometimes referred to as a "self-pay" discount). Eight HCSAs also state or imply that members must first request charity care and financial support from local governments and consumer support organizations in paying the

---

[7] Two HCSAs were excluded from analyses presented in the "Financial Information" section of this report. Please see Footnote 5 for more details.

[8] An example of "obligation to pursue" other payment options is copied from one HSCAs member guidelines with the name of the HCSA removed from the quote, "it is the obligation of the member to pursue payment from any other responsible payer for such medical expenses submitted to [HCSA] for assistance. Needs do not qualify for sharing to the extent that they are discountable by the health care provider or payable by any other source, whether private, governmental, or institutional. If a governmental, insurance, religious, liable third party, fraternal organization or any other financial assistance source will pay any portion of the qualifying medical bill, that amount will offset any unshared and/or shared amounts applied to the member's needs up to the total amount of the need. If the Sharing Member refuses to accept such assistance, then that portion of the medical need also becomes ineligible for sharing."

6

member's health care bills by including language such as, "Needs do not qualify for sharing to the extent that they are discountable by the health care provider or payable by any other source, whether private, governmental, or institutional." This means that medical costs submitted for sharing by a member (and also what is later submitted to the Division through the data reporting template) are likely different from the total health care cost to provide those services.

## Marketing Efforts and Use of Producers

Eight of the sixteen HCSAs reported an association with a total of 434 producers[9] to enroll 11,041 members in these eight HCSAs. The range of Colorado membership enrollment via producers in the eight HCSAs varies from 3 members enrolled through a producer to 6,756 members enrolled through a producer. HCSAs are not required to report the names, business, or license numbers of individual producers so the count of 434 producers across eight HCSAs is not a unique count of producers and likely includes double counting.

Four of the eight HCSAs that reported an association with producers also reported on the "total commission, fees, or remuneration paid in [2022] to producers for: marketing, promoting, or enrolling Colorado participants". Producers were paid $1,865,132.64 in 2022 by the four HCSAs.

The Division noted inconsistencies in how some HCSAs reported on the use of producers to enroll members in HCSAs and on the commissions, fees, or remunerations paid to producers. Some of the HCSAs noted that they cannot know if their subcontractors or third-party administrators follow the definition of a producer or not, so they are unable to report on these required data elements. It is possible that more than the eight HCSAs noted above work with producers to enroll members and that more than four HCSAs paid producers for marketing, promoting, and enrolling members. The Division is working with all HCSAs regarding future data submissions.

Fifteen HCSAs used social media to communicate to members and to market their products. Non-confidential marketing materials submitted by each HCSA, which include examples of social media posts, will be posted in the coming months to the Division's website.

# Data Limitations

The data submitted to the Division over the past few months was the second collection of HCSA data in Colorado. Not all HCSAs submitted data following the definitions laid out in Emergency Regulation 22-E-20 or on the reporting template. Further, a few HCSAs failed to report pursuant to the required deadlines for this second data collection effort. The Division will be providing

---

[9] For the purposes of HB22-1269's data collection efforts and this report, "Insurance producer" or "producer" shall have the same meaning as found at § 10-2-103(6), C.R.S., with the exception that for the purposes of this regulation it does not include § 10-2-103(6)(b), C.R.S.  This definition is from § 10–2-103(6), C.R.S. and Emergency Regulation 22-E-20.

7

HCSAs with additional information and optional training to ensure more consistent reporting in the future.

The Division does not collect demographic information about HCSA members; the types of employers who help cover an HCSA membership for their employees; or the names of producers used to enroll members into HCSAs.

## Questions or Concerns

If you have a question about your health care sharing arrangement or health insurance coverage you can contact the Division's Consumer Services team. The Consumer Services team is available to answer questions or respond via phone and/or our consumer portal. More information about filing a complaint can be found on the Division's website, emailing DORA_Insurance@state.co.us, or calling 303-894-7490 (within the Denver Metro area) or 800-930-3745 (outside the Denver Metro area).

## Next Steps

Completion of 2022 data submissions is expected in the coming months. The Division is not anticipating updates to this 2022 report. Finalized submission materials, excluding confidential information, will be posted to the Division's website for interested parties to download. Annually, HCSA data submissions are due to the Division on March 1st of each year with the associated report published by October 1st of the same year.

If there is evidence that a HCSA is operating in Colorado but is not included in this report, please contact Leilani Russell (Leilani.Russell@state.co.us).

Anyone interested in participating in the regulatory process should sign up for notifications from the Division and/or check the Division's website.

8

# Appendices

## Appendix A: Associated Legislation, Regulation, and Division Information

- Colorado House Bill 22-1269
- Division of Insurance Emergency Regulation 22-E-20
- The Division's consumer complaint portal and information on how to ask a question or file a complaint
- The Division's web page dedicated to House Bill 22-1269

**2022 Reporting Template:** The annual reporting template all HCSAs are required to submit can be downloaded from the Division's website:
https://docs.google.com/spreadsheets/d/1KW_s7tv91SlP-I327ttx1_Xja2w86Ui-/edit#gid=876537254

**About the Division of Insurance:** The Colorado Division of Insurance, part of the Department of Regulatory Agencies (DORA), regulates the insurance industry and assists consumers and other stakeholders with insurance issues. Visit doi.colorado.gov for more information or call 303-894-7499 / toll free 800-930-3745.

**About DORA:** DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado. Consumer protection is our mission. Visit dora.colorado.gov for more information or call 303-894-7855 / toll free 800-886-7675.

9

## Appendix B: Regulatory Definitions of Terms Related to HCSA Reporting

The following definitions related to Health Care Sharing Plans and Arrangements can be found on Emergency Regulation 22-E-20 and are used by the HCSAs to report to the Division.

**"Administrative expenses":** shall mean costs incurred to operate and support the functioning of the health care sharing plan or arrangement. This includes but is not limited to bank fees, staff salaries, data processing, sales, and marketing efforts. This includes fees, commissions, and remuneration paid to contractors that acted on behalf of the health care sharing plan or arrangement to facilitate administrative expenses.

**"Coloradans":** shall mean residents of Colorado during the reporting period.

**"Health care costs" or "health care expenses":** shall mean any amount billed by a health care provider for health care services or related products or by a pharmacy.

**"Health care provider":** means any physician, dentist, optometrist, anesthesiologist, hospital, X ray, laboratory and ambulance service, or other person who is licensed or otherwise authorized in Colorado to furnish health-care services, as defined in § 10-16-102(56) of the Colorado Revised Statutes (C.R.S.).

**"Health care services":** means any services included in or incidental to the furnishing of medical,
behavioral, mental health, or substance use disorder; dental, or optometric care; hospitalization; or nursing home care to an individual, as well as the furnishing to any person of any other services for the purpose of preventing, alleviating, curing, or healing human physical illness or injury, or behavioral, mental health, or substance use disorder. "Health-care services" includes the rendering of the services through the use of telehealth, as defined in § 10-16-123 (4)(e), C.R.S.

**"Health Care Sharing Plan or Health Care Sharing Arrangement" or "plan" or "arrangement" or "HCSA":** shall mean any person not authorized to sell insurance in Colorado but that offers or intends to offer a plan or arrangement in Colorado to facilitate payment or reimbursement of Colorado residents' health-care costs or services. This does not include direct primary care agreements as defined in § 6-23-101, C.R.S.; consumer payment plans offered directly between a provider and patient (or patient's responsible party); businesses used to facilitate the plan's operations such as reimbursement handling, cost containment vendors, data processing; and crowdfunded sources for the purposes of paying for and/or reimbursement of health care services.

**"Health Care Sharing Plan Reporting" or "HCSPR":** shall mean the report required to be filed with the Commissioner pursuant to § 10-16-107.4(1), C.R.S, as interpreted by Emergency Regulation 22-E-20.

10

**"Health Care Sharing Plan Reporting template" or "template"**: shall mean the data reporting template created and distributed by the Division for the purposes of collecting data per § 10-16-107.4, C.R.S., available on the Division's website.

**"Insurance producer" or "producer"**: shall have the same meaning as found at § 10-2-103(6), C.R.S., with the exception that it does not include § 10-2-103(6)(b), C.R.S.

**"Product(s)":** shall mean the services covered as a package under a membership plan, tier, or level.

**"Program expenses"**: shall mean any service by the HCSPA or its contractors that, while not direct medical care, contributes to the care and overall experiences of HCSPA's participants. This includes but is not limited to coaching and wellness programs, care navigation, care coordination, medical review, quality improvement efforts, cost containment, reimbursement handling, and bill negotiations. This includes fees, commissions, and remuneration paid to contractors that acted on behalf of the HCSA to facilitate program expenses.

11

## Appendix C: List of Health Care Sharing Arrangements Operating in Colorado

**List of HCSAs that offered plans or arrangements in Colorado in 2022 and reported data to the Division**

Altrua Ministries

Christian Care Ministry, dba Medi-Share

Impact Health Sharing

Jericho Share

Knew Health

Liberty HealthShare

Logos Missions, Inc, dba Christian Mutual Medical Assistance

OneShare

Samaritan Ministries International

Sedera Medical Cost Sharing Community

Sedera, Inc.

Share HealthCare

Solidarity

Unite Health Share Ministries, dba UHSM

Universal Health Fellowship

Zion HealthShare

12

## Appendix D: Services and Pre-existing Conditions Excluded from Sharing by Some HCSAs

For more information about exclusion or coverage of services for any particular HCSA, contact that HCSA directly and review their specific membership guidelines.

**The following are health care services that are excluded from sharing across some of the organizations that reported data to the Division. This is not an exhaustive list.**

- Acupuncture
- ADHD treatments
- Contraception coverage
- Cosmetic surgery
- Dental coverage
- Diabetic medication and supplies
- Fertility/Infertility care
- Gender affirming care
- Maternity care - unless the mother has been a member for 12 months without changing to a lower cost program
- Medications used to support chronic or pre-existing health conditions
- Mental health treatment
- Routine and preventive care – including, but not limited to, all well-patient care and screening tests and procedures
- Speech therapy for learning impairments and speech delays
- Substance use disorder treatment

**The following are a list of conditions that some of the HCSAs reported as pre-existing and therefore ineligible for sharing, or had limitations on sharing based on the HCSA's specific guidelines. This is not an exhaustive list.**

- ALS
- Alzheimer's Disease
- Aneurysm
- Asthma
- Autism Spectrum Disorder
- Cancer
- Cerebral Palsy
- Congenital Conditions
- Congestive Heart Failure
- COPD
- Cystic Fibrosis
- Dementia
- Diabetes Type I and II
- Down's Syndrome
- Endometriosis
- Experimental treatments
- Heart Palpitations
- Hepatitis
- Hypertension
- HIV/AIDS
- Lupus
- Lyme's Disease
- Multiple Sclerosis
- Muscular Dystrophy
- Rheumatoid Arthritis
- Sickle-Cell Disease
- Sleep Apnea

13

## Appendix E: 2022 Enrollment Data per HCSA

| Organization | Number of Colorado members enrolled | Number of members enrolled nationally | Number of Coloradan households participating | Number of members participating through an employer | Number of Colorado members enrolled through a producer |
|---|---|---|---|---|---|
| Altrua Ministries | 722 | 28,808 | 417 | - | 350 |
| Christian Care Ministry, dba Medi-Share | 18,462 | 432,684 | 7,231 | 230 | 70 |
| Impact Health Sharing | 260 | 7,208 | 145 | - | 0 |
| Jericho Share | 6,756 | 124,991 | 4,105 | - | 6,756 |
| Knew Health | 47 | 1,879 | 32 | - | 0 |
| Liberty HealthShare | 4,610 | 82,975 | 1,768 | 7 | 0 |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | 196 | 22,467 | - | - | 0 |
| OneShare | 2,691 | 35,743 | 1,556 | - | 568 |
| Samaritan Ministries International | 14,017 | 375,608 | 3,891 | 171 | 0 |
| Sedera Medical Cost Sharing Community | 2,439 | 36,208 | 1,125 | 376 | 69 |
| Sedera, Inc. | 1,271 | 7,199 | 663 | 87 | 3 |
| Share HealthCare | 34 | 1,365 | 18 | - | 0 |
| Solidarity | 699 | 20,000 | 279 | - | 0 |
| Unite Health Share Ministries[10] | | | | | |
| Universal Health Fellowship | 612 | 4,970 | 418 | - | 612 |
| Zion HealthShare | 4,739 | 56,223 | 2,390 | - | 2,613 |

Please review the Membership and National HCSA Activity sections in this report for additional context about these data.

---

[10] Unite Health Share Ministries (UHSM) requested that data supplied on tabs 2 and 3 of the reporting template be confidential.

## Appendix F: 2022 Financial Information Table 1

For HCSAs with different percentages reported across their multiple products/programs the high and low range of percentages submitted by the HCSA are displayed in this table.

Please review the financial summary included in this report for additional context about the financial data reported to the Division.

| Organization | Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the product | The percentage of fees, dues, shares, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **administrative expenses** | The percentage of fees, dues, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **program expenses** | Total dollar amount of health-care costs or services that were **incurred by participants and submitted for sharing** | Total dollar amount of requests for reimbursement/ sharing that **qualified for reimbursement/ sharing** |
|---|---|---|---|---|---|
| Altrua Ministries[11] | $0 | 9% | 24% | $1,153,495.64 | $720,936.37 |
| Christian Care Ministry, dba Medi-Share | $26,724,888.00 | 0.4 - 2.0% | 15.1% - 25.9% | $75,932,255.00 | $23,482,794.00 |
| Impact Health Sharing | $445,763.00 | 34.69% | 16.14% | $359,166.49 | $203,593.33 |
| Jericho Share | $2,647,683.50 | 0% - 69% | 0% - 82% | $874,266.22 | $213,136.78 |
| Knew Health | $96,405.29 | 33% | 30% | $41,894.66 | $31,414.69 |
| Liberty HealthShare | $13,372,939.00 | 12% of monthly contribution is used for administrative costs to be used at the discretion of the ministry.<br><br>For new members, the initial 2 months of a members contribution, in addition to the one-time application amount of | 5% | $32,462,430.28 | $13,324,431.73 |

---

[11]Data from this HCSA were excluded from the financial analysis presented in this report due to inconsistencies in "Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the product" submitted to the Division.

**Appx. Vol XVIII A-908**

| Organization | Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the product | The percentage of fees, dues, shares, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **administrative expenses** | The percentage of fees, dues, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **program expenses** | Total dollar amount of health-care costs or services that were **incurred by participants and submitted for sharing** | Total dollar amount of requests for reimbursement/ sharing that **qualified for reimbursement/ sharing** |
|---|---|---|---|---|---|
| | | $135 and annual renewal dues of $75 for existing members are utilized for administrative expenses. | | | |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | $206,335.00 | 0% - 9.5% | 0% - 62.85% | $227,677.84 | $214,349.64 |
| OneShare | $5,662,877.28 | 18% | 10% | $13,439,548.29 | $7,794,255.87 |
| Samaritan Ministries International | $15,820,661.00 | 1% - 3.36% | 3 - 9.58% | $38,112,529.00 | $16,196,507.00 |
| Sedera Medical Cost Sharing Community | $4,295,315.42 | New Member (first 3 months): Admin fees:  62% Member Sharing: 15% Existing member (after first 3 months): Admin: 12% Member Sharing: 65% | New Member (first 3 months): Program Fees:   23% Existing member (after first 3 months): Program Fees: 23% | $4,390,024.03 | $3,565,006.65 |
| Sedera, Inc. | $1,348,821.33 | New Member (first 3 months): Admin fees:  62% Member Sharing: 15% Existing member (after first 3 months): Admin: 12% Member Sharing: 65% | New Member (first 3 months): Program Fees:   23% Existing member (after first 3 months): Program Fees: 23% | $2,306,411.30 | $1,582,592.21 |
| Share HealthCare | $15,663.11 | 53.34% | 46.65% | $49,113.09 | $11,059.66 |

16

| Organization | Total amount of fees, dues, shares, contributions, or other payments collected from individuals, Colorado employer groups, or others who participated in the product | The percentage of fees, dues, shares, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **administrative expenses** | The percentage of fees, dues, contributions, or other payments from Colorado participants in this product retained by the plan or arrangement for **program expenses** | Total dollar amount of health-care costs or services that were **incurred by participants and submitted for sharing** | Total dollar amount of requests for reimbursement/ sharing that **qualified for reimbursement/ sharing** |
|---|---|---|---|---|---|
| Solidarity | $1,106,939.00 | 8% | 32% | $3,431,174.13 | $1,010,839.97 |
| Unite Health Share Ministries[12,13] | | | | | |
| Universal Health Fellowship | $1,176,737.23 | 1% - 4% | 19% - 60% | $2,052,707.35 | $154,153.11 |
| Zion HealthShare | $5,686,471.73 | 3.17% | 9.28% | $6,406,916.59 | $2,931,015.61 |

Appx. Vol XVIII
A-909

---

[12] These HCSA's data were excluded from the financial analysis presented in this report as the HCSA reported national data instead of the required Colorado member specific data for "Total dollar amount of health-care costs or services that were incurred by the participant and submitted by or on behalf of the participant for sharing"

[13] Unite Health Share Ministries (UHSM) requested that data supplied on tabs 2 and 3 of the reporting template be confidential.

Appendix G: 2022 Financial Information Table 2

| Organization | Total dollar amount of payments made **to providers** for Colorado participants' health care costs and services | Total dollar amount of share requests or reimbursements made to **Colorado participants** for health care costs or services | Total amount of Colorado participants' health-care costs and services submitted in 2022 that qualify for reimbursement/ sharing pursuant to the HCSA's criteria but that were not paid out, shared, or reimbursed by 12/31/2022[14] |
|---|---|---|---|
| Altrua Ministries | $522,161.37 | $82,382.15 | $18,129.52 |
| Christian Care Ministry, dba Medi-Share | $22,966,249.00 | $516,543.00 | $2,115,002.00 |
| Impact Health Sharing | $79,357.73 | $59,435.67 | $10,016.67 |
| Jericho Share | $213,136.78 | | $5,769.29 |
| Knew Health | $0.00 | $21,907.39 | $7,906.35 |
| Liberty HealthShare | $5,178,331.80 | $7,080,059.00 | $594,810.88 |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | $0.00 | $54,552.44 | $2,628.70 |
| OneShare | $4,280,057.80 | $109,766.16 | $198,352.21 |
| Samaritan Ministries International | $229,546.00 | $15,593,276.00 | $2,535,388.00 |
| Sedera Medical Cost Sharing Community | $3,097,062.00 | $1,179,072.66 | $254,514.46 |
| Sedera, Inc. | $650,263.00 | $722,471.02 | $52,565.82 |
| Share HealthCare | $7,991.23 | $3,068.43 | $0.00 |
| Solidarity | $657,056.20 | $136,131.95 | -[15] |
| Unite Health Share Ministries[16] | | | |
| Universal Health Fellowship | $15,711.72 | $138,441.39 | $3,750.91 |

[14] The values reported in this column exclude any amounts that the participants incurring the health-care costs or services must pay before share requests are approved or reimbursements received under the plan or arrangement

[15] The HCSA noted that they, "are working to provide this data and will provide this in a supplemental communication." No additional data were submitted by the HCSA ahead of the publication of this report

[16] Unite Health Share Ministries (UHSM) requested that data supplied on tabs 2 and 3 of the reporting template be confidential.

| Organization | Total dollar amount of payments made **to providers** for Colorado participants' health care costs and services | Total dollar amount of share requests or reimbursements made **to Colorado participants** for health care costs or services | Total amount of Colorado participants' health-care costs and services submitted in 2022 that qualify for reimbursement/ sharing pursuant to the HCSA's criteria but that were not paid out, shared, or reimbursed by 12/31/2022[14] |
|---|---|---|---|
| Zion HealthShare | | $2,931,015.61 | $0.00 |

## Appendix H: 2022 Data on Denials and Appeals

For HCSAs with different percentages reported across their multiple products/programs the high and low range of percentages submitted by the HCSA are displayed in this table.

| Organization | Total number of requests for reimbursement that should have been eligible according to the organization's guidelines but were nonetheless "denied" (not shared) | Total number of requests for reimbursement that were "denied" (not shared) because they were not eligible for sharing according to the organization's guidelines | Total number of requests by or on behalf of the Colorado participants' for reimbursement of healthcare costs or services incurred by the participant | Total number of appeals of requests for reimbursement that were "denied" (not shared) for Colorado participants' incurred health-care costs or services | Percentage of total number of requests denied compared to the total number of Colorado participants reimbursement requests submitted | Percentage of total number of requests denied compared to the total number of appeals for reimbursement that were "denied" (not shared) for Colorado participants |
|---|---|---|---|---|---|---|
| Altrua Ministries | 0 | 435 | 2,093 | 19 | 0% - 59% | 0% - 11% |
| Christian Care Ministry, dba Medi-Share | 0 | 8,406 | 48,331 | 3 | 4.09% - 18.11% | 0% - 0.04% |
| Impact Health Sharing | 0 | 206 | 929 | 0 | 22% | 0% |
| Jericho Share | 0 | 1,248 | 3,356 | 0 | 0% - 100% | 0% |
| Knew Health | 0 | 2 | 56 | 0 | 0% - 9% | 0% |
| Liberty HealthShare | 0 | 2,907 | 20,262 | 2 | 14.35% | 0.07% |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | 0 | 22 | 142 | 0 | 0% - 17% | 0% |
| OneShare | 0 | 2,267 | 8,499 | 7 | 26.67% | 0.31% |
| Samaritan Ministries International | 0 | 920 | 17,027 | 2 | 4.98% - 8.41% | 0% - 18% |
| Sedera Medical Cost Sharing Community | 0 | 132 | 2,664 | 0 | 4% - 6% | 0% - 2% |
| Sedera, Inc. | 0 | 63 | 1,204 | 0 | 0% - 5% | 0% |
| Share HealthCare | 0 | 0 | 6 | 0 | 0% | 0% |
| Solidarity | 0 | 731 | 3,844 | 0 | 19% | "Unavailable" |

| Organization | Total number of requests for reimbursement that should have been eligible according to the organization's guidelines but were nonetheless "denied" (not shared) | Total number of requests for reimbursement that were "denied" (not shared) because they were not eligible for sharing according to the organization's guidelines | Total number of requests by or on behalf of the Colorado participants' for reimbursement of healthcare costs or services incurred by the participant | Total number of appeals of requests for reimbursement that were "denied" (not shared) for Colorado participants' incurred health-care costs or services | Percentage of total number of requests denied compared to the total number of Colorado participants reimbursement requests submitted | Percentage of total number of requests denied compared to the total number of appeals for reimbursement that were "denied" (not shared) for Colorado participants |
|---|---|---|---|---|---|---|
| Unite Health Share Ministries[17] | | | | | | |
| Universal Health Fellowship | 0 | 699 | 1,638 | 3 | 0% - 55% | 0% - 36% |
| Zion HealthShare | 0 | 47 | 661 | 5 | 5% - 9% | 10% - 12% |

---

[17] Unite Health Share Ministries (UHSM) requested that data supplied on tabs 2 and 3 of the reporting template be confidential.

## Appendix I: Additional 2022 Data from the Health Care Sharing Plan Reporting Template

| Organization | The total number of employer groups in Colorado that participated in this product | Number of contracts entered into with health care service providers providing services for Colorado participants for this product | Estimated number of individual plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of households plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of employer groups plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of employee plan/arrangement participants anticipated in Colorado in 2023 |
|---|---|---|---|---|---|---|
| Altrua Ministries | 0 | 0 | 451 | 252 | 0 | 0 |
| Christian Care Ministry, dba Medi-Share | 36 | 0 | 15,965 | 6,507 | 39 | 248 |
| Impact Health Sharing | 0 | 2 | 359 | 163 | 5 | 0 |
| Jericho Share | - | 1 | 7,505 | 4,578 | - | - |
| Knew Health | | | 60 | 44 | | |
| Liberty HealthShare | 3 | 133 | 3,524 | 1,589 | 3 | 7 |
| Logos Missions, Inc, dba Christian Mutual Medical Assistance | | | 230 | - | | |
| OneShare | | | 2,667 | 1,442 | | |
| Samaritan Ministries International | 15 | | 11,097 | 3,049 | 13 | 152 |
| Sedera Medical Cost Sharing Community | 84 | 1 | 2,012 | 928 | 69 | 311 |
| Sedera, Inc. | 1 | 1 | 1,049 | 547 | 1 | 72 |
| Share HealthCare | | | 58 | 30 | | |
| Solidarity | | | 800-1000 | 350-400 | | |
| Unite Health Share Ministries[18] | | | | | | |
| Universal Health Fellowship | | | 650 | 450 | | |

[18] Unite Health Share Ministries (UHSM) requested that data supplied on tabs 2 and 3 of the reporting template be confidential.

| Organization | The total number of employer groups in Colorado that participated in this product | Number of contracts entered into with health care service providers providing services for Colorado participants for this product | Estimated number of individual plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of households plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of employer groups plan/arrangement participants anticipated in Colorado in 2023 | Estimated number of employee plan/arrangement participants anticipated in Colorado in 2023 |
|---|---|---|---|---|---|---|
| Zion HealthShare | | | 5,000 | 2,600 | | |

Appendix J: Number of HCSAs Operating in each State

| State | Number of HCSAs Operating in 2022 | State | Number of HCSAs Operating in 2022 | State | Number of HCSAs Operating in 2022 |
|---|---|---|---|---|---|
| Alabama | 16 | Louisiana | 16 | Ohio | 15 |
| Alaska | 14 | Maine | 15 | Oklahoma | 15 |
| Arizona | 16 | Maryland | 12 | Oregon | 14 |
| Arkansas | 16 | Massachusetts | 14 | Pennsylvania | 14 |
| California | 16 | Michigan | 16 | Rhode Island | 14 |
| Colorado | 16 | Minnesota | 15 | South Carolina | 16 |
| Connecticut | 15 | Mississippi | 16 | South Dakota | 16 |
| Delaware | 16 | Missouri | 15 | Tennessee | 16 |
| Florida | 16 | Montana | 14 | Texas | 16 |
| Georgia | 16 | Nebraska | 16 | Utah | 16 |
| Hawaii | 13 | Nevada | 15 | Vermont | 11 |
| Idaho | 16 | New Hampshire | 15 | Virginia | 16 |
| Illinois | 15 | New Jersey | 14 | Washington | 12 |
| Indiana | 16 | New Mexico | 15 | West Virginia | 16 |
| Iowa | 15 | New York | 15 | Wisconsin | 16 |
| Kansas | 16 | North Carolina | 16 | Wyoming | 16 |
| Kentucky | 15 | North Dakota | 15 | | |

**ROB WALDO - August 28, 2024**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES

        Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,


        Defendant.

_____

    VIDEOCONFERENCE AND RULE 30(b)(6) DEPOSITION OF

      SAMARITAN MINISTRIES INTERNATIONAL

        REPRESENTATIVE ROB WALDO

_____


        PURSUANT TO NOTICE, the above-entitled

videoconference (Zoom) deposition was taken on behalf

of the Defendant on Wednesday, August 28, 2024, at 9:01

a.m., before Jana Mackelprang, Certified Realtime

Reporter, Registered Professional Reporter, and Notary

Public.

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

**EXHIBIT**
**3**

Ex. 3, p. 1 of 3

ROB WALDO - August 28, 2024

```
 1   intrusiveness if it's the same vendors that you're
 2   disclosing?
 3        A.     We would state that Colorado DOI can go
 4   look at our 990.
 5        Q.     Has Samaritan ever encouraged their
 6   members to contact members of Congress to remove the
 7   third-party vendor disclosure requirement in the Form
 8   990?
 9        A.     Not to my awareness.
10        Q.     Has Samaritan ever supported legislation
11   at the U.S. Congress that would remove the requirement
12   to disclose third-party vendors in the Form 990?
13        A.     Not to my awareness.
14        Q.     Has any third party that Samaritan has
15   listed as a third-party vendor in Colorado's disclosure
16   template ceased working in a business relationship with
17   Samaritan due to its inclusion on the reporting
18   template?
19        A.     I will directly answer your question, but
20   I'd first like to provide a context.
21        Q.     Sure.
22        A.     The context, as I described before, is
23   all the hurdles that vendors have to jump through and
24   the -- of which Colorado is now adding a fourth hurdle.
25   And in that, we're only at the very early stages of
```

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Resp. Appx, p. 774

Ex. 3, p. 2 of 3

Appx. Vol XVIII
A-918

**ROB WALDO - August 28, 2024**

1    seeing the animus that the DOI has already taken

2    against healthcare sharing ministries.  So we don't yet

3    see the full effect.

4              We saw it very sequentially, as I

5    outlined before with the consumer advisory,

6    ThinkAdvisor, CBS, PBS.  And the concern, which is not

7    just a fear, but it's watching some of this unfold

8    sequentially, is that the Colorado DOI has never

9    clarified statements.  They have made warnings, and

10   then they've not corrected them, even though we've

11   tried to work with the DOI.

12             So the full extent of our vendor

13   responses to this information is not yet known.  It's

14   very early.  The context, though, in which we now find

15   ourselves and our vendors is one of animus and

16   hostility.

17             Therefore, to directly answer your

18   question, no vendor has ceased to work with us yet due

19   to the Colorado reporting.  However, we do see that we

20   are on a trajectory that has put hostility into the

21   nature of our relationship with the Colorado

22   government, and that affects our vendor relationships.

23        Q.    With all of that same context

24   incorporated, has any third-party vendor threatened to

25   cease a commercial relationship with Samaritan because

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

Ex. 3, p. 3 of 3

Resp. Appx. p. 775

**Appx. Vol XVIII**
**A-919**

ROB WALDO - August 28, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES

        Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,

        Defendant.

_____

VIDEOCONFERENCE AND RULE 30(b)(6) DEPOSITION OF

SAMARITAN MINISTRIES INTERNATIONAL

REPRESENTATIVE ROB WALDO

_____

        PURSUANT TO NOTICE, the above-entitled

videoconference (Zoom) deposition was taken on behalf

of the Defendant on Wednesday, August 28, 2024, at 9:01

a.m., before Jana Mackelprang, Certified Realtime

Reporter, Registered Professional Reporter, and Notary

Public.

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

EXHIBIT
**4**
Ex. 4, p. 1 of 2

ROB WALDO - August 28, 2024

1    agreed to.

2              And now what we have set up with the

3    Colorado DOI is forced disclosure.  In other words, go

4    pass those NDAs.  Go pass those contracts.  And we are

5    mandating by threat of a $5,000-a-day fine and by

6    threat of a cease and desist that you can no longer

7    operate as a charitable organization.  We're mandating

8    that.

9              So to answer your question directly, I am

10   not aware of a vendor to date that has said that they

11   will leave due to this reporting.  However, I will

12   state that it violates the spirit and nature of what

13   we've agreed to and committed to and what they've

14   agreed to and committed to.  We believe that's a breach

15   of our integrity, to no fault of our own, and it is

16   harmful to the relationship, and the ramifications of

17   that are truly yet to be seen.

18        Q.    (By Mr. Khalife) Does that mean that, to

19   date, there have not been ramifications, but you are

20   concerned about future ramifications relating to the

21   disclosure of third parties pursuant to Colorado's

22   reporting law?

23              MR. MURRAY:  Objection.  Vague and

24   ambiguous.

25              THE DEPONENT:  I'll answer your question

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Resp. Appx, p. 777

Ex. 4, p. 2 of 2

Appx. Vol XVIII
A-921

ROB WALDO - August 28, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES

        Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,


        Defendant.

_____

VIDEOCONFERENCE AND RULE 30(b)(6) DEPOSITION OF

SAMARITAN MINISTRIES INTERNATIONAL

REPRESENTATIVE ROB WALDO

_____


        PURSUANT TO NOTICE, the above-entitled

videoconference (Zoom) deposition was taken on behalf

of the Defendant on Wednesday, August 28, 2024, at 9:01

a.m., before Jana Mackelprang, Certified Realtime

Reporter, Registered Professional Reporter, and Notary

Public.

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

EXHIBIT
**5**
Ex. 5, p. 1 of 7

ROB WALDO - August 28, 2024

1  newsletter or the blog or potentially the newsletter,

2  the blog, or as standalone communications?

3       A.    We provide them in all various evidence.

4  It would be uncommon for us to only provide an

5  information to members and not on any of that and not

6  to the public.  And part of that reason is because we

7  want to be transparent about who we are.

8             And if somebody says, "Well, what is

9  Samaritan Ministries?  Is it insurance?"  They can go

10 and look, and even at a cursory glance of what we

11 publish on our website, they can say, "No, this is not

12 insurance at all.  These are a bunch of people that

13 talk about Jesus a lot and how they do that in

14 healthcare."

15      Q.    Understood.  Is it fair to say that those

16 types of communications, the blog and the newsletter,

17 have been in existence from 2018 to the present

18 continuously?

19      A.    Yes.

20      Q.    And is it true that the blog, either

21 submissions or contents, are not required to be

22 reported under Colorado's reporting law?

23      A.    To my knowledge, Colorado has a broad

24 statement related to communications and marketing

25 communications.  And we have been working to be very

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Resp. Appx. p. 779

Ex. 5, p. 2 of 7

Appx. Vol XVIII
A-923

ROB WALDO - August 28, 2024

1   clear about what Colorado means in that to the extent

2   of the compliance burden that it will impose upon us,

3   as well as the level of intrusiveness that it signifies

4   for us.

5        Q.    Is it fair to say that Samaritan has, in

6   its past reporting years, not provided any portion of

7   the blog to Colorado pursuant to the reporting law?

8        A.    I am not aware of Samaritan providing its

9   blog to Colorado.

10       Q.    And would it also be an accurate

11  statement to say that Colorado has not requested

12  Samaritan to provide any portion of the blog as part of

13  its reporting law?

14       A.    I am not aware of Colorado requesting

15  that we report to them our blog, with the caveat we

16  worked through a couple years of this emergency

17  regulation and commenting and final regulation, and the

18  dust isn't settled on everything.  So we're going with

19  an ongoing conversation in terms of the clarity at

20  which things are finalized and whether those things are

21  in writing, versus assumptions that we could make.

22       Q.    I'm sorry to do this, but just to

23  clarify, there has never been a communication from

24  Colorado requesting production of any portion of the

25  blog?

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

**ROB WALDO - August 28, 2024**

1    A.    I am not aware of a requirement or

2    request from Colorado for our blog.  And I would state

3    that Colorado has full access to our blog.  And so I

4    cannot clarify whether that has been part of their

5    request that was fulfilled indirectly versus them

6    clarifying we are not asking for this and we will not

7    ask for it.

8    Q.    And in turning to the newsletter, has

9    Samaritan ever submitted to Colorado any portion of the

10   newsletter, the Samaritan newsletter, as part of the

11   reporting law?

12   A.    To my knowledge, Samaritan has not

13   submitted its newsletter or portions of its newsletter

14   to Colorado.

15   Q.    And, similarly, you are not aware of any

16   request by Colorado for Samaritan to submit any portion

17   of the newsletter as part of the reporting law?

18   A.    I am not aware of a request from Colorado

19   that we submit our newsletter, which is publicly

20   available by Colorado DOI and has not been, in writing,

21   clearly communicated whether our assumptions about what

22   is and is not acceptable is correct -- are correct.

23   Q.    Just to clarify, Colorado has not asked

24   for the newsletter?

25   A.    To my awareness, Colorado has not asked

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

Resp. Appx. p. 781

Ex. 5, p. 4 of 7

**Appx. Vol XVIII**
**A-925**

ROB WALDO - August 28, 2024

1  for the newsletter, with the additional caveats that I

2  mentioned, that it is publicly available, and is

3  silence consent or approval what is clear versus what

4  is assumed?

5      Q.    Understood.  In terms of some of these

6  other communications, would there be these health and

7  nutrition communications, would those all be public

8  communications, or could there be some members-only

9  health and nutrition communications?

10      A.    To my knowledge, all of what you're

11  referencing is available to the public, with the

12  exception that if there's some content in an email that

13  then directs them to the public site that maybe members

14  don't have access to -- or the public would not have

15  access to that email.

16      Q.    And would it be your understanding that

17  Colorado has not -- let me back up.

18          Is it your understanding that Samaritan

19  has not provided to Colorado any of these health or

20  nutrition communications under its reporting law?

21      A.    Samaritan, to my knowledge, did not

22  submit these health and nutrition communications via

23  the reporting template while they were still available,

24  to the DOI publicly at all times.

25      Q.    And the DOI never -- I'm sorry, Jana, the

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

ROB WALDO - August 28, 2024

1    Division of Insurance -- never sent a request to

2    Samaritan for these health or nutrition communications

3    from Samaritan to its members?

4            A.    I'm not aware of the DOI sending a

5    request for health and nutrition communications that we

6    send to members and that are also available to the DOI

7    on our public website at all times.

8            Q.    And regarding these communications from

9    Samaritan to its members on member rights in the public

10   sphere, can you tell us a little bit more about what's

11   an example of that?  How would those communications

12   occur?

13           A.    That comment I made, I referenced

14   culture.  So there might be an article related to our

15   religious view about the sanctity of human life.  And

16   we may have an article or a blog article that provides

17   Christian commentary on that.  And ...

18           Q.    Yeah, I'm sorry to cut you off, if you

19   have anything else to add.

20           A.    No, that's it.

21           Q.    And would those commentaries be likely in

22   the newsletter or the blog or potentially standalone or

23   all three?

24           A.    It can be all three.

25           Q.    Okay.  And did Samaritan provide to

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Resp. Appx. p. 783          Ex. 5, p. 6 of 7

Appx. Vol XVIII
A-927

ROB WALDO - August 28, 2024

1  Colorado any articles or commentary about rights in the
2  public sphere or Christian cultural belief in response
3  to Colorado's reporting law?
4      A.    To my knowledge, Samaritan did not
5  provide any specific articles regarding rights or the
6  Christian beliefs outside of what the DOI has had
7  access to publicly the whole time, and with the same
8  caveats of us continuing to work through the clarity of
9  this regulation and what's incumbent upon us.
10     Q.    And, similarly, the Division of Insurance
11 has never requested Samaritan provide, as part of its
12 reporting law, articles or commentaries on member
13 rights in the public sphere or Christian cultural
14 beliefs?
15     A.    To my knowledge, Colorado has not
16 specifically asked for that information.  That is
17 publicly available to the DOI.  However, with all of
18 these examples that are provided, I think it's
19 important to note that our marketing and advertising is
20 also publicly available.  And the DOI asked for
21 publicly available advertising and marketing
22 information.
23            So the lack of specific requests on some
24 of these for publicly available information is
25 inconsistent.

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

**ROB WALDO - August 28, 2024**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES

      Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,

      Defendant.

---

VIDEOCONFERENCE AND RULE 30(b)(6) DEPOSITION OF

SAMARITAN MINISTRIES INTERNATIONAL

REPRESENTATIVE ROB WALDO

---

      PURSUANT TO NOTICE, the above-entitled

videoconference (Zoom) deposition was taken on behalf

of the Defendant on Wednesday, August 28, 2024, at 9:01

a.m., before Jana Mackelprang, Certified Realtime

Reporter, Registered Professional Reporter, and Notary

Public.

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

EXHIBIT
**6**

Ex. 6, p. 1 of 3

ROB WALDO - August 28, 2024

1  national, are we able to see who's actually viewed that

2  by state -- that I don't know -- by every channel, by

3  every advertisement, so forth.

4      Q.   And I recognize you said earlier that you

5  don't have an exact percentage of the 285 hours that it

6  took to compile and produce the marketing materials,

7  but is there a general estimate that you could give us

8  of -- you know, was it half of the 285?  Not to hold

9  you to it at all, but just to get an understanding of

10 how much of the 285 is related to the marketing

11 materials.

12     A.   This is a higher one.  I can't say that

13 it's half, but it is a higher number because of the way

14 our marketing materials and system are set up.

15     Q.   And did Samaritan make any changes to its

16 marketing materials or its marketing system in response

17 to Colorado's reporting?

18     A.   I'm not aware of discussions beyond, how

19 do we comply with this?  And the specific actions

20 they've taken, I don't know, but we made every effort,

21 until this current year, to, in good faith, to both

22 comply and work for change before the finalized

23 regulation was put out, and then we changed our

24 approach.

25     Q.   And I understand that.  I just want to

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Ex. 6, p. 2 of 3

Resp. Appx. p. 786

Appx. Vol XVIII
A-930

ROB WALDO - August 28, 2024

1  verify that you guys didn't change your marketing

2  strategy or content in response to Colorado's reporting

3  law?

4        A.     Not to my awareness.  We have been very

5  consistent for 30 years in terms of why and what we

6  communicate.  And I'm not aware of us changing our

7  strategy or our content based upon Colorado.

8        Q.     Understood.  And so is it Samaritan's

9  position that the portion of the reporting law that

10 requires submission of the marketing materials is

11 unconstitutionally burdensome or invasive?

12              MR. MURRAY:  Objection.  Calls for a

13 legal conclusion.

14              THE DEPONENT:  I cannot speak legally.

15 In my role, I can say that this is one element of

16 multiple and of the whole that is intrusive and

17 burdensome.

18       Q.     (By Mr. Khalife) In talking specifically

19 about the marketing material and advertisement

20 production requirement, does Samaritan feel that this

21 requirement has somehow influenced or changed its

22 message to its membership or potential members?

23       A.     Samaritan has not changed its strategy or

24 its message.  I will add that forced disclosure of our

25 communications and our materials, as outlined in the

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

Ex. 6, p. 3 of 3

Resp. Appx. p. 787

Appx. Vol XVIII
A-931

**ROB WALDO - August 28, 2024**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES

        Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,


        Defendant.

_____

VIDEOCONFERENCE AND RULE 30(b)(6) DEPOSITION OF

SAMARITAN MINISTRIES INTERNATIONAL

REPRESENTATIVE ROB WALDO

_____


        PURSUANT TO NOTICE, the above-entitled

videoconference (Zoom) deposition was taken on behalf

of the Defendant on Wednesday, August 28, 2024, at 9:01

a.m., before Jana Mackelprang, Certified Realtime

Reporter, Registered Professional Reporter, and Notary

Public.

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

EXHIBIT

**7**

Ex. 7, p. 1 of 2

ROB WALDO - August 28, 2024

1  the fourth hurdle is that there will be a public record

2  that's forced on us to report all these vendors to the

3  Division of Insurance that will confuse vendors in the

4  public on hurdle number one.  What is Samaritan

5  Ministries?  Oh, they're insurance, because they report

6  to the Division of Insurance.

7          We're not insurance.  We're just mandated

8  by law to do this, and we object to it.  But that

9  confuses it, so it muddies the water there.

10          And then, now their names are associated

11  publicly on a list that, according to Colorado's Open

12  Records Act, anyone can access.

13          Well, why is that a problem, some may

14  say?  If the DOI and journalists would report

15  accurately, it may not be a problem.  But they aren't

16  reporting accurately.  And they have provided

17  misleading, mischaracterizing statements that are

18  harming us.  And now vendors are publicly associated

19  with us.

20          There's some vendors that face pressure

21  related to who is considered a hate group.  I am so

22  grateful no one considers us a hate group.  And we want

23  to avoid anything that would be of that nature.  Our

24  job is to love God well, according to purpose, and to

25  love others well and to honor our sincere religious