# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Alliance of Health Care Sharing Ministries

v.             Case No. 25-1035

Michael Conway

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Terri Baldwin, Brian Frable, and Joy Sutton
------------------------------------------------------------
[Party or Parties][1]

------------------------------------------------------------

Amici Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

John J. Bursch
_____       _____
Name of Counsel                                              Name of Counsel

/s/ John J. Bursch
_____       _____
Signature of Counsel                                     Signature of Counsel

440 First Street NW, Suite 600, Washington, DC 20001 (616) 450-4235
_____       _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

jbursch@adflegal.org
_____       _____
E-Mail Address                                                E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

March 25, 2025
Date

s/ John J. Bursch
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On  March 25, 2025  I sent a copy of this Entry of Appearance
            [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                            [state method of service]

March 25, 2025
_____
Date

s/ John J. Bursch
_____
Signature