No. 25-1035

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

ALLIANCE OF HEALTH CARE SHARING MINISTRIES,

*Plaintiff-Appellant,*

v.

MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Colorado
Case No. 1:24-cv-01386-GPG-STV

# UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF TERRI BALDWIN, BRIAN FRABLE, AND JOY SUTTON AS AMICI CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL

| | |
|---|---|
| John J. Bursch<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(616) 450-4235<br>jbursch@ADFlegal.org | Rory T. Gray<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Rd. NE<br>Suite D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>rgray@ADFlegal.org |

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29, Amici Terri Baldwin, Brian Frable, and Joy Sutton respectively move this Court for leave to file the attached amici curiae brief in support of Plaintiff-Appellant and reversal. Plaintiff-Appellant consents to this brief's filing. Defendant-Appellee "is not opposed to the filing of" this brief. Consequently, Amici's motion is unopposed.

## IDENTITY AND INTEREST OF AMICI CURIAE

Amici Terri Baldwin, Brian Frable, and Joy Sutton are individual members of religious health care sharing ministries. Ms. Baldwin is a Colorado resident who has been a member of OneShare Health for seven years. Mr. Frable is also a Colorado resident; he has been a member of Liberty HealthShare for seven years. And Ms. Sutton is a Colorado resident and eight-year member of Liberty HealthShare. OneShare and Liberty are institutional members of Plaintiff-Appellant Alliance of Health Care Sharing Ministries.

Amici are Christians who joined Christian health care sharing ministries to exercise their sincerely held religious beliefs. Ms. Baldwin believes that God made humans in His image (Genesis 1:26–27), the body is holy, and Christians should engage in healthy living, avoiding behaviors that harm the body (1 Corinthians 6:19–20)—a core belief of OneShare. To Mr. Frable, Liberty embodies the Bible's command that Christians walk through life in a mutually supportive community (Hebrews 13:16) characterized by love for one another (John 13:34–35).

1

And Ms. Sutton trusts Liberty, a body of fellow believers (1 Corinthians 12:12–13, 25–27), with her personal information and financial contributions because it doesn't pay for abortions or gender-transitions that violate her religious beliefs (Ephesians 5:3–7).

Amici are concerned that Colorado's vindictive campaign against religious health care sharing ministries—of which Section 10-16-107.4 is a part—will extinguish charities like OneShare and Liberty, depriving Amici of membership in Christian communities that personify their beliefs and impairing their free exercise of religion. Amici file this brief to highlight egregious flaws in the district court's analysis, which gives Colorado a blank check to single out a disfavored group of religious charities, impose extreme reporting burdens designed to defame or prosecute them, and obstruct First Amendment freedoms.

### RELEVANCE AND DESIRABILITY OF AMICI CURIAE'S BRIEF

Amici's brief is relevant and desirable for two primary reasons. First, Ms. Baldwin, Mr. Frable, and Ms. Sutton are Colorado residents and longtime members of religious health care sharing ministries. So the Court's decision in this case will personally affect them, as members of health care sharing ministries subject to Section 10-16-107.4's requirements. Indeed, Amici presumably satisfy the requirements for intervention under Federal Rule of Civil Procedure 24. But they don't

seek to burden this Court with a motion to intervene and merely request to file an amicus brief on appeal.

Second, courts are "usually delighted to hear additional judgments from able amici that will help the court toward right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). Amici's brief will aid this Court in resolving the novel First Amendment issues presented in this appeal.

Initially, the brief explains that health care sharing ministries are religious nonprofits, not commercial businesses. So the district court erred in treating these ministries as commercial insurance carriers subject to regular insurance regulations—something federal law forbids these religious ministries to be.

Then the brief highlights ways in which the district court's free-exercise analysis fails. Regarding general applicability, the brief shows that categorical exclusions are worse than other tailored exceptions and illustrates that non-insurance means of paying for healthcare costs—which Colorado *exempts*—similarly implicate the State's interests in enforcing Section 10-16-107.4. As to neutrality, the brief demonstrates that proving barefaced religious hostility isn't required.

Next, the brief simplifies the relevant free-association analysis and explains the substantial burdens that Section 10-16-107.4 imposes on religious health care sharing ministries' expressive association.

Subsequently, the brief clarifies errors in the district court's free-speech analysis, demonstrating that Section 10-16-107.4's compelled-speech requirement is a high-level burden on free expression and that permissive rules for commercial speech don't apply.

Last, the brief explains that Section 10-16-107.4 cannot survive any form of heightened scrutiny, and the preliminary-injunction requirements are met. The district court therefore abused its discretion in not preliminarily enjoining the law's enforcement.

## CONCLUSION

For these reasons, Terri Baldwin, Brian Frable, and Joy Sutton respectfully request that the Court grant their unopposed motion for leave to file the attached amici curiae brief.

Dated: March 25, 2025

Respectfully submitted,

*s/Rory T. Gray*

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
rgray@ADFlegal.org

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2) because this motion contains 730 words, excluding parts of the brief exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with Fed. R. App. P. 27(d)(1)(E) and the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: March 25, 2025

<div style="text-align: right;">

*s/Rory T. Gray*  
Rory T. Gray  
*Counsel for Amici Curiae*

</div>

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Cortex XDR, Agent version 7.8.1, and according to the program are free of viruses.

<div style="text-align: right;">

*s/Rory T. Gray*
Rory T. Gray
*Counsel for Amicus Curiae*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

<div style="margin-left: 3em;">

*s/Rory T. Gray*
Rory T. Gray
*Counsel for Amicus Curiae*

</div>