FILED
United States Court of Appeals
Tenth Circuit

May 16, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance, <br><br> Defendant - Appellee. <br><br> ------------------------------ <br><br> TERRI BALDWIN, et al., <br><br> Movants. | No. 25-1035 <br> (D.C. No. 1:24-CV-01386-GPG-STV) <br> (D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on a motion for leave to file an amicus curiae brief filed by the Leukemia & Lymphoma Society, the American Cancer Society, the American Cancer Society Cancer Action Network, the American Lung Association, the Colorado Center on Law and Policy, the Colorado Consumer Health Initiative, the Colorado Gynecologic Cancer Alliance, the Muscular Dystrophy Association, and the National Multiple Sclerosis Society.

The motion does not indicate if any party opposes the filing of the brief. *See* Fed. R. App. P. 29(a)(2); 10th Cir. R. 27.1. On that basis, the court denies the motion without prejudice to renewal.

A renewed motion that complies with Rule 29(a)(2) and Tenth Circuit Rule 27.1 shall be filed on or before May 27, 2025.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk