FILED
United States Court of Appeals
Tenth Circuit

June 11, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance,<br><br>   Defendant - Appellee.<br><br>------------------------------<br><br>TERRI BALDWIN, et al.,<br><br>   Movants. | No. 25-1035<br>(D.C. No. 1:24-CV-01386-GPG-STV)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on the *Renewed Motion for Leave to File Brief in Support of Affirmance* filed by the putative amici, the Leukemia & Lymphoma Society, the American Cancer Society, the American Cancer Society Action Network, the American Lung Association, the Colorado Center on Law and Policy, the Colorado Consumer Health Initiative, the Colorado Gynecologic Cancer Alliance, the Muscular Dystrophy Association, and the National Multiple Sclerosis Society. (Dkt. No. 59.)

Putative amici submitted their proposed brief along with their original motion. (Dkt. Nos. 55-56.) We also have before us a response in opposition to the *Renewed Motion* filed by appellant Alliance of Health Care Sharing Ministries. (Dkt. No. 63.)

Upon consideration of the renewed motion and the opposition, we provisionally grant the renewed motion, subject to reconsideration by the panel of judges that will later be assigned to consider this appeal on its merits. In the meantime, the amici curiae brief submitted by the amici shall be filed on the court's docket as of the date of this order. Counsel for the amici shall file their notices of appearance within ten days of the date of this order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk