UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES<br><br>v.<br><br>MICHAEL CONWAY, in his official capacity as the commissioner of Colorado Division of Insurance | Case No. 25-1035 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Leukemia & Lymphoma Society, American Cancer Society, American Cancer Society Cancer Action Network, Colorado Center on Law and Policy, Colorado Consumer Health Initiative, Colorado Gynecologic Cancer Alliance, Muscular Dystrophy Association, and National Multiple Sclerosis Society.

As amici, in the above-captioned case(s).

Beth Dombroski
Name of Counsel

/s/ Beth Dombroski
Signature of Counsel

24928 Genesee Trail Rd. Unit 100
Golden, CO 80401
beth@triplellaw.com
303-847-0755
Mailing Address and Telephone Number

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows: There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court i.e. they have sought leave to appear as amici.

<u>06/21/25</u>
Date

<u>/s/ Beth Dombroski                    </u>
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

- ✓ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

<u>06/21/25</u>
Date

<u>/s/ Beth Dombroski                    </u>
Signature